UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT - 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PETITIONER
DAVID MCKEE #65-759
1901 D ST. S.E.
W.D.C. 20003

VS

RESPONDENTS
UNITED STATES PAROLE COMMISSION Et. Al.
FEDERAL BUREAU OF PRISONS Et. Al.
DISTRICT OF COLUMBIA Et. Al.

Civil
CASE NUMBER 1:05CV01951
JUDGE: Ellen Segal Huvelle
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 10/04/2005

PETITION FOR A WRIT OF HABEAS CORPUS
PURSUANT TO TITLE 28 U.S.C. § 2241

YOUR HONOR:

Petitioner David McKee pro-se moves this Honorable Court to grant this motion for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and 28 U.S.C. § 2255, to address the deprivation of his lawful right to liberty which is due to acts and ommissions by the respondents in the miscalculation of my statutory good time credit, parole violator term and failing to apply the proper credits towards the service of his sentence 819 F.2d 178: 18 U.S.C. § 4161 AS

RECEIVED
SEP 1 3 2005
NANCY MAYER WHITTINGTON, CLERK

(1.)

1

Required by Acts of Congress. After having plea guilty and sentence in 1991, Superior Court of the District of Columbia, Robbery 3 to 9 years to run concurrent with a 10 year sentence being served in the State of Virginia.

At the time of Petitioner's offense and conviction, District of Columbia statute provided that D.C. Code violator's receive 35% Statutory Good Time Credit toward their total sentences which meant that the inmates sentence was automatically reduced;

This meant that D.C. Code violator's were only required to serve a maximum of 65% of their sentences.

Petitioner David McKee pro-se challenges the legislations, policies and procedures of his incarceration; District of Columbia Revitalization Act, violation First Amendment grounds over-breadth
U.S. Const. Amdt. §5 and §14 violation;
92 L.Ed. 2d 739:

Violation of the Federal Constitution Ex Post Facto Clause (Revitalization Act) Ex Post Facto Clause of the Federal Constitution Article(1) Section(9).

(2.)

BARS APPLICATION OF A LAW THAT CHANGES THE PUNISHMENT AND INFLICTS A GREATER PUNISHMENT THAN THE LAW ANNEXED TO THE CRIME WHEN COMMITTED <u>CALDER-VS-BULL 3 DALL 386 390 (1798)</u> emphasis added

PETITIONER HAS ENLISTED THE HELP OF <u>MR. BRIAN ROBERTS, PUBLIC DEFENDER SERVICE 633 INDIANA AVE N.W. WASHINGTON D.C. 20004</u> "SENTENCE CALCULATION" (202) 824-2851

PETITIONER RESPECTFULLY ASK FOR HIS RELEASE FORTHWITH: PURSUANT TO 42 U.S.C § 1997(A)(C): 42 U.S.C § 2000 E,6(A)(B): 42 U.S.C § 15602: 18 U.S.C § 241: 18 U.S.C § 242: BECAUSE OF THE OVER-DETENTION OF PETITIONER:

Respectfully, submitted
by David McKee pro-se
D McK

DATE: 9/13/05

SEE, IG MCKEE-VS-FEDERAL BUREAU OF PRISONS et. al. UNITED STATES DISTRICT COURT, WASHINGTON D.C. "2002"

(3.)

event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. However, if your prison account exceeds $100.00 you will not be considered as eligible to proceed in forma pauperis and must pay the $5.00 filing fee.

Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts you must file separate petitions as to each court.

Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

When the petition is fully completed, it must be mailed to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.

## PETITION

(1) Name and location of court which entered the judgment of conviction under attack **SUPERIOR COURT: DISTRICT OF COLUMBIA HONORABLE BRUCE D. BEAUDIN NO: F-13538-89 K**

(2) Date of judgment of conviction **10-2-91**

(3) Length of sentence **3 TO 9 YEARS**

(4) Nature of offense involved (all counts) **ROBBERY 22-2901:**

(5) What was your plea? (Check one)
    (a) Not guilty ( )
    (b) Guilty (✓)
    (c) Nolo contendere ( )
If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

(6) Kind of trial: (Check one)
    (a) Jury ( )
    (b) Judge only (✓)

(7) Did you testify at the trial?

    Yes (✓)    No ( )

(8) Did you appeal from the judgment of conviction?

Yes ( )   No (✓)

(9) If you did appeal, answer the following:
    (a) Name of court _____
    (b) Result _____
    (c) Date of result _____

(10) Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any courts?

Yes (✓)   No ( )

(11) If your answer to 10 was "yes", give the following information:
    (a)
        (1) Name of Court U.S. DISTRICT COURT: D.C.
        (2) Nature of the proceedings § 1983 ACTION AND HABEAS 1999, 2000, AND 2002
        (3) Grounds raised ILLEGAL CONFINEMENT

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

        Yes ( )   No (✓)
        (5) Result _____
        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:
        (1) Name of court _____
        (2) Nature of proceeding _____
        (3) Grounds raised _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

        Yes ( )   No (✓)
        (5) Result _____
        (6) Date of result _____

    (c) As to any third petition, application or motion, give the same information:
        (1) Name of court _____
        (2) Nature of proceeding _____
        (3) Grounds raised _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

        Yes ( )   No (✓)

   (5) Result_____
   (6) Date of result_____
  (d) Did you appeal to the highest court having jurisdiction the result of action taken on any petition, application or motion?
   (1) First petition, etc. Yes ( ) No (✓)
   (2) Second petition, etc. Yes ( ) No (✓)
   (3) Third petition, etc. Yes ( ) No (✓)
  (e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
   I AM NOT A LAWYER

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

  CAUTION: If you were convicted in a District of Columbia court, you must ordinarily first exhaust your District of Columbia court remedies as to each ground on which you request action by the Federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may also raise any grounds which you may have other than those listed if you have exhausted your District of Columbia court remedies with respect to them. However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

 (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
 (b) Conviction obtained by use of coerced confession.
 (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
 (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
 (e) Conviction obtained by a violation of the privilege against self-incrimination.
 (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
 (g) Conviction obtained by a violation of the protection against double jeopardy.
 (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
 (I) Denial of effective assistance of counsel.
 (j) Denial of right of appeal.

A. Ground one:_____

Supporting FACTS (tell your story briefly without citing cases or law): _____
_____
_____
_____
_____
_____
_____

B. Ground two: _____

Supporting FACTS (tell your story briefly without citing cases or law): _____
_____
_____
_____
_____
_____
_____

C. Ground three: _____
Supporting FACTS (tell your story briefly without citing cases or law): _____
_____
_____
_____
_____
_____
_____

D. Ground four: _____
Supporting FACTS (tell your story briefly without citing cases or law): _____
_____
_____
_____
_____
_____
_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them _____
_____
_____

14. Do you have any petition or appeal pending in any court, either, District of Columbia or Federal, as to the judgment under attack?

   Yes ( )    No (✓)

15. Give the names and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing _____

(b) At arraignment and plea  LISA GREENMAN  phone 628-1200

(c) At trial _____

(d) At sentencing  LISA GREENMAN — COUNSEL

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?

   Yes ( )    No (✓)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

   Yes (✓)    No ( )

   (a) If so, give name and location of court which imposed sentence to be served in the future:
       CIRCUIT COURT ARLINGTON VIRGINIA  4 YEARS  2003

   (b) And give date and length of sentence to be served in the future:  2 YEARS probation

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

       Yes ( )    No (✓)

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

I certify under penalty of perjury that the foregoing is true and correct.

9/13/05                                          David McKee
Date                                             Petitioner's Signature

INFORMATION OF PETITIONER
DAVID W. MCKOE

Judge Honorable: BRUCE D. BEAUDIN

Plea guilty: Robbery 22-2901
 3 to 9 years

PDID NO: 229-747
Docket No: F-13538-89 IC

Date Referred 8-20-91
Date Due 9-30-91
Sentencing Date 10-2-91 - 3 to 9 years only?

D.C NO - 165-759

F.BI 215-973 H

Counsel LISA GREENMAN - 202-628-1200

SSI NO: 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

Federal NO: 09484-007

Respectfully, submitted
by DAVID MCKOE pro-se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETITIONER'S                         CIVIL ACTION:
   DAVID McKEE
   O.J. BROWN JR.
   VS
RESPONDENT'S
   UNITED STATES PAROLE COMMISSION Et. Al.
   FEDERAL BUREAU OF PRISONS Et. Al.
   DISTRICT OF COLUMBIA Et. Al.

PETITION FOR A WRIT OF HABEAS CORPUS
   PURSUANT TO TITLE 28 U.S.C § 2241

YOUR HONOR:

   PETITIONER'S DAVID McKEE AND O.J. BROWN JR. pro-se, MOVES THIS HONORABLE COURT TO GRANT THIS MOTION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C § §2241 AND 28 U.S.C §2255, TO ADDRESS THE DEPRIVATION OF THERE LAWFUL RIGHT TO LIBERTY;
   WHICH IS DUE TO ACT'S AND OMMISSIONS BY RESPONDENTS IN THE MISCALCULATION OF MY STATUTORY GOOD TIME CREDITS;

(1)

parole violator term and failing to apply the proper credits toward the service of there sentence's 819 F.2d 178; 18 USCS 4161: as required by Acts of Congress:

Petitioner McKee after having plea guilty and sentence in 1991 Superior Court of the District of Columbia; Robbery 3 to 9 years to run concurrent with a 10 year sentence being served in the State of Virginia.

At the time of Petitioner's offense and conviction, District of Columbia Statute provided that D.C code violators receive 35% statutory good time credit toward their total sentences which meant that the inmates sentence was automatically Reduced;

This meant that D.C code violator's were only required to serve a maximum of 65% of their sentence. Petitioner's David McKee and O.J. Brown Jr. challenge's the legislations, policies, and procedure's of there incarceration: District of Columbia's

(2)

"REVITALIZATION ACT" VIOLATION FIRST AMENDMENT GROUNDS OVER-BROADTH: U.S. CONST. Amdt. § 5 AND § 14 VIOLATION 92 L.Ed.2d 739: VIOLATION OF THE FEDERAL CONSTITUTION EX POST FACTO CLAUSE "REVITALIZATION ACT" ARTICLE (1) SECTION (9):

BARS APPLICATION OF A LAW THAT CHANGES THE PUNISHMENT AND INFLICTS A GREATER PUNISHMENT THAN THE LAW ANNEXED TO THE CRIME WHEN COMMITTED CALDER-VS-BULL 3 Dall 386 390 (1798) EMPHASIS ADDED

PETITIONER'S HAS ENLISTED THE HELP OF MR. BRIAN ROBERTS, PUBLIC DEFENDER SERVICE 633 INDIANA AVE N.W. WASHINGTON D.C 20004 SENTENCE CALCULATION (202) 824-2851

PETITIONER'S RESPECTFULLY ASK FOR THERE RELEASE FORTHWITH; PURSUANT TO: 42 U.S.C § 1997 A(C): 42 USC § 2000 E,6(A)(B): 42 USC § 15602: 18 USC § 241: 18 USC § 242: BECAUSE OF THE OVER-DETENTION OF PETITIONERS DAVID MCKEE AND O.J. BROWN JR AND DENIED DUE PROCESS, EQUAL PROTECTION DUE TO THE PROTRACTED LITIGATION THAT DEFINES THE DISTRICT OF COLUMBIA ET. AL.

(3.)

SEE, IE: MCKEE -VS- DISTRICT OF COLUMBIA ET.AL. 42 USC § 1983: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA 1999, 2000: "ALSO" 18 U.S.C § 241: 18 U.S.C § 242

SEE, IE: MCKEE -VS- Federal Bureau Of Prisons ET.AL. 42 USC § 1983: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, 2001, 2002: PURSUANT TO 42 U.S.C § 1997 A(C): 42 U.S.C § 2000 E, 6, (A)(B): 42 U.S.C § 15602.

Respectfully, submitted
by D—d McLn pro se

DATE 9/16/05:

(4.)

"INFORMATION ON PETITIONER"
DAVID W. MCKEE

94-02192
9500577

Judge Honorable: Bruce D. Beaudin

Plea guilty Robbery 22-2901
  3 TO 9 YEARS

PDID NO: 229-747
Docket No: F-13538-89 IC

Date Referred 8-20-91
Date Due 9-30-91
Sentencing Date 10-2-91 - 3 TO 9 YEARS

D.C. NO - 165-759

FBI 215-973 H

Counsel LISA GREENMAN 202-628-1200

SSI NO: 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

Federal NO 09484-007

       Respectfully, submitted
       by David McKee Pro-Se

"INFORMATION ON PETITIONER"
O.J. BROWN JR.

Judge HONORABLE ERIC P. CHRISTIAN

Plea guilty 9-21-94 - 3 TO 9 YEARS
ASSAULT WITH DEADLY WEAPON PAROLED
3-19-98

Plea guilty 9-21-94 - 20 MONTHS TO 5
YEARS CARRYING PISTOL WITHOUT LICENSE
PAROLED 3-19-98

CONVICTION DATE 4-12-05
SENTENCE 7-12-05
DOCKET NO F-1508-05 B

D.O.B. 1-15-64

PDID NO: 359-378

D.C.D.C 263-401

F.B.I 789467 AA7

Respectfully submitted
by O.J. BROWN JR.