UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT - 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1951

Petitioner's
 David McKee
 O.J. Brown Jr.
 vs
Respondent's
 United States Parole Commission et. al.
 Federal Bureau of Prisons et. al.
 District of Columbia et. al.

Leave to file without Prepayment of Cost **GRANTED**
Judge C Kollar-Kotelly
Oct. 1, 2005

Affidavit in support of leave to proceed In-Forma-Pauperis 28 U.S.C. § 1746; and 28 U.S.C. § 1915

Comes now Petitioner's David McKee and O.J. Brown Jr. pro-se, respectfully moves this honorable court for leave to proceed for the following reasons:

(1.) Petitioner's are citizen's of these United States:

(2.) Prisoners are housed in the District of Columbia City Jail or C.T.F.

**RECEIVED**
SEP 13 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1.)

2

(3.) PETITIONER'S IS WITHOUT SUFFICIENT FUNDS IN THERE PRISON ACCOUNT TO PAY THE COST OF THIS HABEAS CORPUS ACTION

(4.) PETITIONER'S HAVE NO BANK ACCOUNTS REAL ESTATE PROPERTIES, OR VALUABLES TO SECURE OR PAY THIS HABEAS CORPUS ACTION

(5.) PETITIONER'S WERE INDIGENT FROM THE INCEPTION OF THIS ACTION.

I FURTHER SWEAR PURSUANT TO 28 USC § 1746 THAT THE STATEMENTS IN THIS AFFIDAVIT ARE TRUE AND CORRECT THIS 16th DAY OF September 2005.

Respectfully, Submitted
by David McLin Pro-Se

AFFIDAVIT IN SUPPORT PURSUANT TO
28 USC § 1746
28 USC § 1915

(2.)

<u>UNITED STATES DISTRICT COURT</u>
<u>FOR THE DISTRICT OF COLUMBIA</u>

<u>Petitioner</u>
  David McKee
    vs
<u>Respondent's</u>
  <u>United States Parole Commission et. Al.</u>
  <u>Federal Bureau of Prisons et. Al.</u>
  <u>District of Columbia Et. Al.</u>

<u>Affidavit In Support Of Leave</u>
<u>To Proceed In-Forma-Pauperis</u>
<u>28 U.S.C § 1746</u>

Comes Now Petitioner David McKee pro-se respectfully move's this Honorable Court for leave to proceed, for the following reasons: pursuant to <u>28 USC § 1915</u>

(1) Petitioner is a citizen of these United States;  " " " "   District of Columbia
(2) Prisoner housed in the District of Columbia Jail
(3) Petitioner is without sufficient funds in his prison account to pay the cost of this Habeas Corpus Action:

(1)

(4) PETITIONER HAS NO BANK ACCOUNTS, REAL ESTATE PROPERTIES, OR VALUABLES TO SECURE OR PAY THIS HABEAS CORPUS ACTION.

(5) PETITIONER IS INDIGENT FROM THE INCEPTION OF THIS ACTION.

I FURTHER SWEAR PURSUANT TO 28 U.S.C. § 1746 THAT THE STATEMENTS IN THIS AFFIDAVIT ARE TRUE AND CORRECT THIS 13th DAY OF SEPTEMBER 2005.

Respectfully submitted
by David McLin Pro-se

"AFFIDAVIT IN SUPPORT" PURSUANT TO
28 U.S.C. § 1746
28 U.S.C. § 1915

(2)