UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL ACTION #: 05-1951
PLAINTIFF: David McKee

Judge Huvelle

Your Honor, in this caption case petitioner moves this Honorable Court to vacate, expunge, or set aside petitioner's sentence pursuant to Habeas Corpus Statute 28 U.S.C. § 2254 or 28 U.S.C. § 2241: The touchstone of due process is protection of the individual against arbitrary action of government 94 S.CT 2963:

Respectfully submitted
by David McKee pro-se

Date Oct 14, 2005