# ATTACHMENT B

  

# The Board of Parole
## of the
## District of Columbia

## NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

**DCDC** 165-759         **NAME** DAVID W MCKEE

**DOB** ▇▇▇▇▇        **SSN** ▇▇▇▇▇▇▇         **LOCATION** OCCOQUAN FACILT

**DOCKET** H9311-0055    **CONSIDERATION TYPE** H:EARLY INITIAL

The District of Columbia Board of Parole issues the following **ORDER**:

DENY PAROLE; RECONSIDER FOR PAROLE BY 01/06/1995

Implementation of this Order shall include the following:
Special Instructions for Reconsideration

WORK DETAIL
NARCOTICS ANONYMOUS
DRUG ABSTINENCE

Remarks:

_____         _____
11/19/1993                                  Chairman
Date                             on behalf of the Board of Parole

                Seal
NOA Date 12/2/93 by ___            [ Parole Determination File ]

B