# ATTACHMENT C

# The Board of Parole
## of the
## District of Columbia




## NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

DCDC  165-759              NAME  DAVID W MCKEE

DOB  _____              SSN  _____              LOCATION  MEDIUM

DOCKET  H9501-0063         CONSIDERATION TYPE  H:RECONSIDERAT

The District of Columbia Board of Parole issues the following **ORDER:**

GRANT PAROLE TO DETAINER ISSUED BY MARYLAND

( Montgomery Cty. )

Implementation of this Order shall include the following:
No Special Conditions or Instructions at this time.

Remarks:

_1/27/95_
01/23/1995
Date

_Margaret [signature]_
Chairman
on behalf of the Board of Parole

NOA Date  1-31-95   by _[signature]_          [ Parole Determination File ]

Seal

# BOARD OF PAROLE
# DISTRICT OF COLUMBIA
# CERTIFICATE OF PAROLE

ADULT
APD# 15738-95

The DISTRICT OF COLUMBIA BOARD OF PAROLE, having been advised that _____McKEE, David_____ D.C.D.C. ___165-759___ is eligible to be PAROLED, and it being the opinion of the BOARD OF PAROLE that the above-named will remain at liberty without violating the law and that the release of the individual to supervision is not incompatible with the welfare of society, it is ORDERED by the BOARD that the above-named be PAROLED on __February 7,__, 19_95_, and that said person remain under supervision within the limits of the __Montgomery County Maryland Detainer__ ~~including the District of Columbia, Prince Georges and Montgomery Counties of Maryland, Arlington and Fairfax Counties of Virginia, including the cities of Alexandria, Fairfax and Falls Church, Virginia)~~ until ___September 28, 2000__, XX___; unless or until other action is taken by the District of Columbia BOARD OF PAROLE.

This action is subject to the above-named individual's signing an agreement to abide by and comply with all of the conditions of parole as shown on the reverse side of this of this CERTIFICATE.

Given under the hands and seal of the BOARD this ___23rd___ day of ___January___, 19_95_.

GRANT PAROLE TO DETAINER ISSUED BY MARYLAND

The above-named was released on the ____day of _____, 19___.

_____
Administrator

If subject is released prior to 09-28-2000
he is to report to Parole Supervision
717 14th St., N.W., Suite 240
Washignton, DC  20005
(202) 727-1646

_Margaret Quick_