# ATTACHMENT D

  

# The Board of Parole
## *of the*
## District of Columbia

## NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

| | | |
|---|---|---|
| DCDC 165-759 | NAME DAVID W MCKEE | |
| DOB ___ 1 | SSN | LOCATION GSU 1/DC |
| DOCKET D9607-0029 | CONSIDERATION TYPE N:RAV | |

The District of Columbia Board of Parole issues the following **ORDER**:

    ISSUE AN ARREST WARRANT BASED ON ALLEGATIONS OF CRIMINAL
    AND NONCRIMINAL VIOLATIONS OF PAROLE

Implementation of this Order shall include the following:
No Special Conditions or Instructions at this time.

Remarks:

    FAILED TO OBEY ALL LAWS
    FAILED TO OBEY ALL LAWS
    FAILED TO REPORT ARREST TO PO

07/16/1996
Date

_____ 3
Chairman
on behalf of the Board of Parole

Seal

NOA Date 12996 by _____

SB 7/25/96

[ Parole Determination File ]

D