# ATTACHMENT E

# DISTRICT OF COLUMBIA BOARD OF PAROLE

## WARRANT

Number **PE - 30292-96**

W|N #-W0277193

TO: Any Officer of the D.C. Department of Corrections
Any Police Officer or Federal Officer Authorized to Serve Criminal Process

RE: NAME: **McKee, David**        DCDC # **165-759**
ALIAS: **Dave/David Perryman**        PDID # **229-747**
**David Williams** /McKee, DAVID WAlter     FBI # **215-973-H**
LAST KNOWN ADDRESS: _____, DOB: _____
_____ RACE: **BLK** SEX: **M**
PAROLE OFFICER: **John W. Milam, Jr.** HEIGHT: **5'8** WEIGHT: **156**
SENTENCE TYPE: **X** Adult ___YRA ___FYCA* ___YRA & Adult ___FYCA & Adult
SUBJECT'S LOCATION: **X** At large ___ Confined at _____

WHEREAS the above-named person is under sentence in the District of Columbia for the crime(s) of **Robbery** and was on the **12th** day of **March**, 19**96**, released on parole from the **CDF**,

AND WHEREAS reliable allegations have been filed with the D.C. Board of Parole that said paroled prisoner has violated the conditions of parole and is therefore deemed to be a fugitive from justice,

YOU ARE HEREBY COMMANDED TO TAKE SAID PAROLEE, WHEREVER FOUND IN THE UNITED STATES AND RETURN SAID PAROLEE TO THE CUSTODY OF THE DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS, *EXCEPT IF SAID PAROLEE IS ALREADY IN THE CUSTODY OF FEDERAL, STATE OR DISTRICT OF COLUMBIA AUTHORITIES, DO NOT EXECUTE THIS WARRANT. PLACE A DETAINER AND NOTIFY THE D.C. BOARD OF PAROLE. ALSO, IF ANOTHER CRIMINAL WARRANT HAS BEEN ISSUED FOR THIS PAROLEE, EXECUTION OF SUCH CRIMINAL WARRANT SHALL TAKE PRECEDENCE. IMMEDIATELY NOTIFY THE D.C. BOARD OF PAROLE WHEN ITS WARRANT IS EXECUTED.*

A TRUE COPY
WITNESS my hand and the seal of the Board this **16th** day of **July**, 19**96**.

_____    _____
Director, Michael Green,    Member, D.C. Board of Parole
D.C. Board of Parole

* FYCA case ONLY: This warrant expires at 12:01 a.m. on _____, 19___ and the person named MUST NOT be held beyond that time.

BOP.280   7/20/93

E

**WARRANT** for return of Paroled Prisoner _McKee, David_

DCDC No. _165759_ to the Central Detention Facility, Washington, D.C.

---

**EXECUTING OFFICIAL'S RETURN TO THE DISTRICT OF COLUMBIA BOARD OF PAROLE**

_Washington_, District of _Columbia_.

Received this writ the _20th_ day of _August_, 19_96_, and executed same by arresting Paroled Prisoner _McKee, David_ at _DCDF_ this _20th_ day of _August_, 19_96_ at _____ a.m./p.m., and committing him/her to _DCDF_

_____
Sgt R F Harris
Executing Officer

Further executed same by commitment of the above-named Paroled Prisoner to _DCDF_ at _1901 D ST SE_ on this _20th_ day of _August_, 19_96_, at _____ a.m./p.m., the institution designated by the Attorney General, with this copy of the Warrant and the Statement of Alleged Violations attached hereto.

_____
Sgt R F Harris
Executing Officer

---

**NOTE:** One signed copy of this executed warrant is to be returned to the District of Columbia Board of Parole. If an expired warrant for a prisoner sentenced under the Federal Youth Corrections Act (FYCA) is discovered in your files, it should be returned forthwith to the District of Columbia Board of Parole.

Rec'd 09-12-96