# ATTACHMENT F




# The Board of Parole
## *of the*
## District of Columbia

## NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

| | | |
|---|---|---|
| DCDC 165-759 | NAME DAVID W MCKEE | |
| DOB | SSN | LOCATION OCCOQUAN FACILT |
| DOCKET H9610-0035 | CONSIDERATION TYPE H:REVOCATION | |

The District of Columbia Board of Parole issues the following **ORDER**:

REVOKE PAROLE FOR CRIMINAL AND NONCRIMINAL VIOLATION(S);
GRANT REPAROLE TO SUPERVISION WITH AN APPROVED PLAN
ON OR AFTER 03/11/1997

Implementation of this Order shall include the following:
Special Instructions for Reconsideration

RECOMMEND WORK RELEASE

Remarks:

FAILED TO OBEY ALL LAWS
FAILED TO REPORT ARREST TO PO

10/22/1996
Date

*Margaret Quick* - 1

Chairman
on behalf of the Board of Parole

Seal

NOA Date 11/5/96 by _____

[ Parole Determination File ]

F