# ATTACHMENT G



U.S. Department of Justice

United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20001*

May 29, 1997

Margaret Quick, Chairman
District of Columbia
  Board of Parole
717 14th Street, N.W.
Suite 300
Washington, D.C.  20004

           Re:  Parolee: **DAVID MCKEE**
               DCDC #:  165-759
               Case No.: **M-7933-97**

Dear Ms. Quick:

    The above-named parolee was rearrested on **May 22, 1997** and charged with **SHOPLIFTING**. The Preliminary hearing is scheduled for **May 30, 1997**.

    We are providing this information to you in an attempt to ensure that the Parole Board will issue a Parole Violation Warrant as soon as possible since the parolee is currently being detained on a five-day parole hold.

    Please inform us of any action the Parole Board will be taking concerning this new arrest as soon as possible .

                            Sincerely,

                            ERIC H. HOLDER, JR.
                            UNITED STATES ATTORNEY

                By: *[signature]*
                    SHERRI L. BERTHRONG, Chief
                    Grand Jury/ Intake Section
                    Assistant United States Attorney

Enc: (Form PD 163)
Parole Officer Hill, A.

G