# ATTACHMENT H

 

# The Board of Parole
## of the
## District of Columbia

## NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

| | | |
|---|---|---|
| DCDC 165-759 | NAME DAVID W MCKEE | |
| DOB | SSN | LOCATION ADULT PAROLE |
| DOCKET D9706-0071 | CONSIDERATION TYPE N:RAV | |

The District of Columbia Board of Parole issues the following **ORDER:**

    ISSUE AN ARREST WARRANT BASED ON ALLEGATIONS OF CRIMINAL VIOLATION(S) OF PAROLE

Implementation of this Order shall include the following:
No Special Conditions or Instructions at this time.

Remarks:

    FAILED TO OBEY ALL LAWS

06/27/1997
Date

Seal

NOA Date 7/14/97 by _TB_

_Margaret Quick_ - S
Chairman
on behalf of the Board of Parole

[ Parole Determination File ]
HILL, A

PK 7-10-97

H