# ATTACHMENT I

# DISTRICT OF COLUMBIA BOARD OF PAROLE

**WARRANT**    Number __PE-31910-97__

W/W #-W00744662

TO: Any Officer of the D.C. Department of Corrections
Any Police Officer or Federal Officer Authorized to Serve Criminal Process

RE: NAME: __McKee, David W.__    DCDC # __165759__
ALIAS: __William Hyartfield/David Walter McGee/__    PDID # __229-747__
__David W. Perryman/Williams, DAVID__    FBI # __215-973-H__
LAST KNOWN ADDRESS: _____    DOB: _____
RACE: __Black__    SEX: __Male__
PAROLE OFFICER: __Anthony Hill__    HEIGHT: __5'7__ WEIGHT: __156__

SENTENCE TYPE: _X_ Adult    ___ YRA    ___ FYCA*    ___ YRA & Adult    ___ FYCA & Adult

SUBJECT'S LOCATION: ✻ At large    ✓ Confined at __FAIRFAX ADULT DET. CTR. FAIRFAX, VA.__

WHEREAS the above-named person is under sentence in the District of Columbia for the crime(s) of __Robbery__ and was on the __7th__ day of __April__, 19__97__, released on parole from the __Minimum Security__,

AND WHEREAS reliable allegations have been filed with the D.C. Board of Parole that said paroled prisoner has violated the conditions of parole and is therefore deemed to be a fugitive from justice,

YOU ARE HEREBY COMMANDED TO TAKE SAID PAROLEE, WHEREVER FOUND IN THE UNITED STATES AND RETURN SAID PAROLEE TO THE CUSTODY OF THE DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS, *EXCEPT IF SAID PAROLEE IS ALREADY IN THE CUSTODY OF FEDERAL, STATE OR DISTRICT OF COLUMBIA AUTHORITIES, DO NOT EXECUTE THIS WARRANT*. PLACE A DETAINER AND NOTIFY THE D.C. BOARD OF PAROLE. ALSO, IF ANOTHER CRIMINAL WARRANT HAS BEEN ISSUED FOR THIS PAROLEE, EXECUTION OF SUCH CRIMINAL WARRANT SHALL TAKE PRECEDENCE. IMMEDIATELY NOTIFY THE D.C. BOARD OF PAROLE WHEN ITS WARRANT IS EXECUTED.

WITNESS my hand and the seal of this Board this __27th__ day of __June__, 19__97__.

A TRUE COPY TEST

Director, Michael Green
Parole Determination
D.C. Board of Parole

Member, D.C. Board of Parole

* FYCA case ONLY: This warrant expires at 12:01 a.m. on _____, 19____ and the person named MUST NOT be held beyond that time.

BOP.280  7/20/93