# ATTACHMENT J

★ ★ ★

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
District of Columbia Board of Parole
300 Indiana Avenue, N.W., 2nd
Washington, D.C. 20001

★ ★ ★

ADDENDUM TO RAV:                              DATE: October 9, 1997

RE:  __McKee, David W.__          __165-759__       __229-747__
          Client's Name              DCDC #           PDID #

     __Anthony B. Hill__   __P24__   PAROLE UNIT: __GSU 1__
         Parole Officer

SUBJECT: RAV/ __6/2/97__   Last Board Action: __Issue Warrant/ 6/27/97__
              Date                                         Date

ACTION RECOMMENDED:   __Update Violation (s)__

The Board is being advised that our subject is alleged to have committed the following additional violation(s) of parole:

1. Subject failed to obey all laws on 9/19/97; in violation of condition #9 (0901), in that he was arrested in the District of Columbia and charged with Grand Larceny.

2. Subject failed to report his arrest to his Parole Officer on 9/19/97; in violation of condition #9 (0902).

Subject is being held in the Fairfax, VA Adult Detention Center.

Approved:                                Respectfully submitted,

J. C. Green, Jr.                         Anthony B. Hill
Supervisory Parole Officer               Parole Officer
General Supervision Unit 1

ABH/bd