# ATTACHMENT K

 

# The Board of Parole
### of the
### District of Columbia

## NOTICE OF BOARD ORDER

Order # 2 of 2

In reference to:

DCDC  165-759            NAME  DAVID  MCKEE

DOB                      SSN                       LOCATION  VA

DOCKET  D9710-0108       CONSIDERATION TYPE  N:RAV UPDATE

The District of Columbia Board of Parole issues the following **ORDER**:

    AMEND ARREST WARRANT #31910-97 TO ADD ALLEGATIONS
    OF CRIMINAL VIOLATION(S) OF PAROLE

Implementation of this Order shall include the following:
No Special Conditions or Instructions at this time.

Remarks:

    FAILED TO OBEY ALL LAWS
    FAILED TO REPORT ARREST TO PO

11/03/1997
Date

Seal

NOA Date  _11-18-97_ by _MD_

Chairman
on behalf of the Board of Parole

[ Parole Determination File ]
HILL, A

P/Z 11-7-97                                                K