# ATTACHMENT L




# The Board of Parole
### of the
## District of Columbia

## NOTICE OF BOARD ORDER

Order # 1 of 2

In reference to:

| | | |
|---|---|---|
| DCDC 165-759 | NAME DAVID MCKEE | |
| DOB | SSN | LOCATION VA |
| DOCKET D9710-0108 | CONSIDERATION TYPE N:RAV UPDATE | |

The District of Columbia Board of Parole issues the following **ORDER:**

CONVERT ARREST WARRANT #31910-97 TO A DETAINER WARRANT

Implementation of this Order shall include the following:
No Special Conditions or Instructions at this time.

Remarks:

11/03/1997
_____
Date

_____ - 1
Chairman
on behalf of the Board of Parole

Seal

NOA Date _11.18.97_ by _____

[ Parole Determination File ]
HILL, A

PK  11-7-97