# ATTACHMENT M

PE 31910-97
PDID 229-747
David McKee

**WARRANT for return of Paroled Prisoner**

DCDC No. _165-739_ to the Central Detention Facility, Washington, D.C.
_165759_

---

**EXECUTING OFFICIAL'S RETURN TO THE DISTRICT OF COLUMBIA BOARD OF PAROLE**

_Washington_, District of _Columbia_

Received this writ the _17th_ day of _December_, 19 _97_, and executed same

by arresting Paroled Prisoner _David McKee_ at

_Fairfax County Det, VA_ this _16th_ day of _December_,

19 _97_ at _12:30_ a.m. p.m., and committing him/her to _CDF_

_1901 D ST SE_ _Washington, D.C._

_Brenda Wheeless_
Executing Officer

---

Further executed same by commitment of the above-named Paroled Prisoner to

_CDF / Warden_ at _1901 D ST SE_

on this _16th_ day of _December_, 19 _97_, at _1:30_ a.m. (p.m.)

the institution designated by the Attorney General, with this copy of the Warrant

and the Statement of Alleged Violations attached hereto.

_Brenda Wheeless_
Executing Officer

---

**NOTE:**    One signed copy of this executed warrant is to be returned to the
District of Columbia Board of Parole. If an expired warrant for a
prisoner sentenced under the Federal Youth Corrections Act (FYCA)
is discovered in our files, it should be returned forthwith to the
District of Columbia Board of Parole.

M