# ATTACHMENT N




# The Board of Parole
## *of the*
## District of Columbia

## NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

DCDC 165-759        NAME DAVID MCKEE

DOB             SSN            LOCATION D.C. JAIL

DOCKET H9802-0078    CONSIDERATION TYPE H:REVOCATION

The District of Columbia Board of Parole issues the following **ORDER**:

REVOKE PAROLE FOR NONCRIMINAL VIOLATION(S); CONTINUE CASE FOR DIAGNOSTIC EVALUATION BY 03/06/1998

Implementation of this Order shall include the following:
Special Instructions for Reconsideration

EVAL ADDICTION RX NEEDS

Remarks:

02/06/1998
Date

Seal

NOA Date 2/13/98 by [signature]

Chairman
on behalf of the Board of Parole

[ Parole Determination File ]
HILL, A

PK 2-12-98           N