# ATTACHMENT O




# The Board of Parole
*of the*
# District of Columbia

## NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

DCDC  165-759               NAME  DAVID  MCKEE

DOB                          SSN                      LOCATION  D.C. JAIL

DOCKET  D9804-0033           CONSIDERATION TYPE  N:REPAR CONSID

The District of Columbia Board of Parole issues the following **ORDER**:

   GRANT REPAROLE TO SUPERVISION

Implementation of this Order shall include the following:
Special Conditions of Parole

   INPATIENT DRUG PROGRAM
   NARCOTICS SURVEILLANCE

Remarks:

04/09/1998
Date

Seal

NCA Date  4-13-98  by  NB

Chairman
on behalf of the Board of Parole

[ Parole Determination File ]

PK 4-14-98