# ATTACHMENT Q




# GOVERNMENT OF THE DISTRICT OF COLUMBIA
PAROLE DETERMINATION SERVICES
DISTRICT OF COLUMBIA BOARD OF PAROLE
300 INDIANA AVENUE, N.W., SUITE 2044
WASHINGTON, DC 20001
(202) 727-2264

April 28, 1998

**MEMORANDUM**

To:         Occoquan Facility Records Office and
            D.C. Jail Records Office

From:       Mary Jo Williams
            Parole Analyst

Subject:    **Special Release Instructions**

Re:         David McKee
            DCDC #165-759

The above-referenced individual was granted parole/reparole by the *District of Columbia Board of Parole*. A special condition of parole is that he voluntarily enter an inpatient drug treatment program and remain in said program until officially released by competent staff.

Mr. McKee has been approved for parole release to the *Blair House Treatment Program* on **Wednesday, April 29, 1998**. He is not to be released under normal releasing procedures. Rather, Mr. McKee is to be held at the D.C. Jail, or transferred to same, for release to **Student Attorney Andrew Lazerow**. Student Attorney Lazerow will pick Mr. McKee up from the D.C. Jail at approximately **10:00 a.m. on Wednesday, April 29, 1998**, and will transport him to the *Blair House Treatment Program*, at 635 I Street, N.E., Washington, D.C. 20002, for inpatient treatment.

Should you have any questions, I can be contacted on **(202) 727-2264**.

Thank you for your cooperation.

MJW/mjw

