# ATTACHMENT R

# The Board of Parole
## of the
## District of Columbia




## NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

| | | |
|---|---|---|
| DCDC 165-759 | NAME DAVID WALTER MCKEE | |
| DOB | SSN : | LOCATION ICSU 2/MD |
| DOCKET D9907-0015 | CONSIDERATION TYPE N:RAV | |

The District of Columbia Board of Parole issues the following **ORDER**:

> ISSUE AN ARREST WARRANT BASED ON ALLEGATIONS OF CRIMINAL AND NONCRIMINAL VIOLATIONS OF PAROLE

Implementation of this Order shall include the following:
No Special Conditions or Instructions at this time.

Remarks:

> ILLEG USED CONTROL-DANGER SUBSTANCE
> FAILED TO REPORT AS DIRECTED
> NONCOMPLIANCE: NARC SURVEILLANCE

07/09/1999
Date

Chairman
on behalf of the Board of Parole

Seal

NOA Date  7.26.99  by S. Huxxx

[ Parole Determination File ]
IC-CSO

