# ATTACHMENT S

# DISTRICT OF COLUMBIA BOARD OF PAROLE

**WARRANT**    NUMBER: PE-35587-99

*WW/W0028274*

**TO:** Any Officer of the D.C. Department of Corrections. Any Police Officer or Federal Officer Authorized to Serve Criminal Process

EXECUTED: 8/24/99
FOR INTAKE  COMP. RETURN
ITI/MPD REPT.  PV F.S.
REC'D 8/25/99

**RE: NAME:** MCKEE, DAVID WALTER
**ALIAS:** HYARTFIELD, WILLIAM
    MCGEE, DAVID W
    PERRYMAN, DAVID W

ADD. DOB:
6-24-50
6-24-49
6-26-49

**DISTINGUISHING MARKS:**

**SENTENCE TYPE:** ADULT

**PAROLE OFFICER:** BARNES, RODNEY

**LAST KNOWN ADDRESS:** .

**SSN#**
**DCDC#** 165-759
**PDID#** 229747
**FBI#** 215973H
**DOB:**
**SEX:** MALE
**RACE:** BLACK
**EYES:** BROWN
**HAIR:** BLACK
**HEIGHT:** 5 ft 7 in
**WEIGHT:** 156 lbs
**COMPLEXION:** MEDIUM BROWN

SUBJECT'S LOCATION: At large __x__  Confined in _____

Whereas the above-named person is under sentence in the District of Columbia for the crime(s) of Robbery
and was on the 29th of April, 1998 released on parole from the Occoquan Facility,
And whereas reliable allegations have been filed with the D.C. Board of Parole that said paroled prisoner has violated the conditions of parole and is therefore deemed to be a fugitive from justice,

YOU ARE HEREBY COMMANDED TO TAKE SAID PAROLEE, WHEREVER FOUND IN THE UNITED STATES AND

RETURN SAID PAROLEE TO THE CUSTODY OF THE DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS,

EXCEPT IF SAID PAROLEE IS ALREADY IN THE CUSTODY OF FEDERAL, STATE OR DISTRICT OF

COLUMBIA AUTHORITIES, DO NOT EXECUTE THIS WARRANT. PLACE A DETAINER AND NOTIFY

THE D.C. BOARD OF PAROLE. ALSO, IF ANOTHER CRIMINAL WARRANT HAS BEEN ISSUED FOR THIS

PAROLEE, EXECUTION OF SUCH CRIMINAL WARRANT SHALL TAKE PRECEDENCE. IMMEDIATELY

NOTIFY THE D.C. BOARD OF PAROLE WHEN ITS WARRANT IS EXECUTED.

WITNESS my hand and the seal of this Board this 7th day of July 1999

A TRUE COPY
TEST

_____
Member, D.C. Board of Parole

AUG 26 1999

* FYCA case ONLY: This warrant expires at 12:01 a.m. on _____, 19___ and the person named MUST NOT be held beyond that time.

WARRANT for return of Paroled Prisoner __McKee, David__

DCDC No. __165-759__ to the Central Detention Facility, Washington, D.C.

==========================================================

EXECUTING OFFICIAL'S RETURN TO THE DISTRICT OF COLUMBIA BOARD OF PAROLE

_____, District of __Columbia__

Received this writ the __24__ day of __August__, 19__99__, and executed same by arresting Paroled Prisoner __McKee David__ at __500 Indiana Ave. NW__ this __24__ day of __August__ 19__99__, at __1650__ a.m./p.m., and committing him/her to __D.C. Jail__

_____
Executing Officer

Further executed same by commitment of the above-named Paroled Prisoner to __Central Detention Facility__ at __District of Columbia Jail__ on this __24__ day of __August__, 19__99__, at __7:00__ a.m./(pm) the institution designated by the Attorney General, with this copy of the Warrant and the Statement of Alleged Violations attached hereto.

_____
Executing Officer

==========================================================

**NOTE:** One signed copy of this executed warrant is to be returned to the District of Columbia Board of Parole. If an expired warrant for a prisoner sentenced under the Federal Youth Corrections Act (FYCA) is discovered in your files, it should be returned forthwith to the District of Columbia Board of Parole.