# ATTACHMENT T




# The Board of Parole
## of the
## District of Columbia

### NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

| | |
|---|---|
| DCDC 165-759 | NAME DAVID WALTER MCKEE |
| DOB | SSN     LOCATION COMPLEX |
| DOCKET H9911-0006 | CONSIDERATION TYPE H:REVOCATION |

The District of Columbia Board of Parole issues the following **ORDER:**

REVOKE PAROLE FOR CRIMINAL AND NONCRIMINAL VIOLATIONS; CONSIDER FOR REPAROLE BY 05/24/2000

Implementation of this Order shall include the following:
Special Instructions for Reconsideration

NARCOTICS ANONYMOUS
PROGRAM PARTICIPATION

Remarks:

ILLEG USED NARCOTIC DRUG
FAILED TO REPORT AS DIRECTED
NONCOMPLIANCE: NARC SURVEILLANCE
ILLEG POSS NARCOTIC DRUG
FAILED TO OBEY ALL LAWS

11/15/1999
Date

Seal

NOA Date 11/23/99 by [signature]

BK 11-22-99

Chairman
on behalf of the Board of Parole

[ Parole Determination File ]
CARROL, T