# ATTACHMENT U

(REV-P)

&lt;SUMCODE-DCREVREH_PRE&gt;
## D.C. REVOCATION REHEARING PREHEARING ASSESSMENT
### (ADULT REVOCATION HEARING PRIOR TO 8/5/2000)

Original Offense of Conviction - Robbery

Violation Offense Behavior - Use of Drugs Possession of Heroin (criminal); Admin. Violations

| | | | |
|---|---|---|---|
| Name | :McKEE, David | Institution | :CENTRAL |
| Reg No | :00165+759 | Projected MR Date: | 1/16/02 |
| Date of Birth: | \ | Full Term Date: | 8/20/02 |
| Date Dictated: | 5/1/00 | Court Assessment: | none |
| | | Reviewer | :Lee H. Chalt |

I.　PREVIOUS DC ACTION:

Convicted by plea to Robbery he received a 3-9y term 10/2/91 with a PED 1/6/94 and FTD 9/28/00.

On 11/11/89 he robbed a person at gunpoint as she was counting receipts. he was identified a week later.

He was granted parole to a Maryland detainer 2/7/95 and apparently released to the community 3/12/96. Warrant issued 7/16/96 and revoked by NBO dated 10/22/96.

New conviction for theft and he served 83 days in Va.

Reparoled 6/2/97 and warrant issued 6/27/97. Revoked by NBO dated 2/56/98 and no finding on new theft case but FTR Arrest sustained. Cases continued for Diagnostic Evaluation.

Reparoled 4/29/98. Warrant issued 7/9/99 and executed 8/24/99 with a hearing held 11/3/99. NBO dated 11/15/99: Revoke for criminal and noncriminal. Consider for reparole by 5/24/00. Special Instructions were NA and Program Participation.

II.　REVIEW OF CHARGES:

Use of Drugs 4/14 and 4/27/99: admitted and sustained sue of opiates

McKEE.165　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2

u

(REV-P)

FTR as Directed 5/4/99: admitted and sustained

FTS Urine Tests in April and May 1999: admitted and sustained

Poss. of Heroin on 5/22/99 in M5936-99; admitted and sustained; no papered. MPD163 reports a lookout was posted for a subject fitting description of McKee. He had one ziplock in his right hand and 2 more on his person.

III.    INSTITUTIONAL ADJUSTMENT AND RELEASE PLANS:

PR 3/29/00. Non pay status dormitory detail. Satisfactory work reports since 1/00. NA/Aa since 12/99.

Will reside with father in DC. Long term drug user.

IV.    SALIENT FACTOR SCORE:

A =    0    Subject has 4 or more prior conviction(s).

   11/24/69 Petit Larceny    90 days susp. sent; 1 year
   1/19/71 Larceny (2 counts) 270 days 90 days cc 7/22/71  1
   9/12/73 Petit Larceny 1y susp.; probated and revoked 11/30/73  2
   6/4/74 Petit Larceny 1-6 months susp all but 60 days  3
   10/23/74 UU Auto; 1-3y prob. revoked 12/13/76  4
   12/3/74 Grand Larceny; Assault and Battery 1-6m all but 60d susp.
   6/14/80 Petit larceny 120 days 10/24/80  5
   10/24/80 BRA 1-3y 5/21/81  6
   9/9/83 Theft over 4300; 18m 12/6/84  7
   12/16/83 Theft; 10y DOC susp 7y for 3y prob. 3/11/85
   4/6/88 Theft II; 150 days 7/26/88  8
   11/7/89 Grand Larceny 20y, 10y susp for 5 years super. prob. after release
   11/11/89 Robbery 3-9y; paroled to MD. detainer 2/7/95  9
   1996 Theft 4m serve 83 days and parole revoked. Reparoled 4/98.  10

B =    0    Subject has 5 or more prior commitments of more than 30 days that were imposed prior to the last overt act of the current offense (see dispositions listed above).

C =    1    Subject was 46 years old at the commencement of the PV. Subject has 5 or more prior commitments.

McKEE.165                                                                    Page 2 of 2


(REV-P)

D = 0   Subject was last released: 4/29/98

E = 0   Subject is a PV.

F = 1   Subject was 41 years of age or more at the commencement of the current offense.

    2   TOTAL SCORE

V.   RISK: A poorer risk due to long term drug history. Over 30 years of drug use.

VI. EVALUATION: The Parole Violation Behavior is rated as Category one severity because it involved poss. of heroin for own use and admin. violations. The reparole guideline range is 12-16 months. Likely to violate shortly after release in a drug related incident.

LHC
May 1, 2000