# ATTACHMENT V

(REV-S)

<SUMCODE-DCREVREH_SUM>

### D.C. REVOCATION REHEARING HEARING SUMMARY
### (ADULT REVOCATION HEARING PRIOR TO 8/5/2000)

**Original Offense of Conviction - Robbery**

**Violation Offense Behavior - Use of Drugs and Simple Possession of Heroin**

| | | | |
|---|---|---|---|
| **Name** | :MCKEE, David | **Institution** | :Lorton Central |
| **Reg No** | :00165+759 | **Projected MR Date:** | 1/16/2002 |
| **Date of Birth:** | L._ | **Full Term Date:** | 8/20/2002 |
| **Date Dictated:** 6/2/2000 | | **Fines/Restitution/Court Assessment:** None | |
| | | **Reviewer** | :Stephen J. Husk |

## I.     PREVIOUS COMMISSION ACTION:

See Pre-hearing Assessment dated 5/1/2000.

## II.    REVIEW OF CHARGES:

Charge No. 1 - Use of Drugs.

The subject admitted to the examiner that he used Heroin prior to urine specimens submitted on 4/14/99 and 4/27/99.

Charge No. 2 - Failure to Report as Directed.

The subject admits that he failed to report to the Parole Officer on 5/4/99 but states it was simply a misunderstanding and that he did report the next day.

Charge No. 3 - Failure to Submit to Urine Specimens.

The subject admitted that he failed to report for submission of urine specimens in April and May of 1999 stating that he was using at the time.

Charge No. 4 - Failure to Obey all Laws:  Possession of Heroin.

The subject admitted to the examiner that he was in possession of heroin for his personal use on or about 5/22/99.

MCKEE.165                                                      Page 1 of 3

(REV-S)

## III. INSTITUTIONAL ADJUSTMENT AND RELEASE PLANS:

The subject has completed a 12 to 13 week program in Narcotics Anonymous at the Lorton Central Facility.

Upon his release, he intends to reside with his father in NW Washington, DC. He has not sustained any new disciplinary reports during this current PV term.

## IV. SALIENT FACTOR SCORE:

A = 0    Subject has 15 or more prior conviction(s).

B = 0    Subject has 10 prior commitments of more than 30 days that were imposed prior to the last overt act of the current offense (see dispositions listed above).

C = 1    Subject was 46 years old at the commencement of the parole violation behavior. Subject has 10 prior commitments.

D = 0    Subject does not have a commitment free period. Date of last release: 4/29/98.

E = 0    Subject is a parole violator.

F = 1    Subject was 41 years of age or more at the commencement of the current offense.

2. **TOTAL SCORE**

## V. RISK:

The examiner does view the subject as a poorer risk as he has had a history of substance abuse for a period of 30 years which has resulted in him sustaining approximately 15 prior convictions as well as 10 periods of confinement of more than 30 days. His new criminal activity appears to be significantly with his use of drugs and has involved both petty thefts and larceny as well as more violent behavior including robbery and assault and battery.

## VI. EVALUATION:

The Parole Violation Behavior is rated as Category One severity because it involved administrative violations of parole and simple possession of heroin. The reparole guideline range is 12-16 months.

As noted above, the examiner views this subject as a poorer risk than his SFS indicates. The Pre-hearing Assessor did not calculate the exact number of convictions and commitments in this case. However, a review of the case by this examiner appears to show that there were approximately 15 prior convictions and 10 prior commitments. The subject has a history of

MCKEE.165                                    Page 2 of 3

(REV-S)

drug addiction dating back to at least 1970.  The subject during that period of time has sustained numerous convictions.  It appears there is a significant link between his drug addiction and his new criminal conduct in the community.  Furthermore, he has had several periods of probation and parole revoked as evidenced by probation revocations in 1973, 1976 as well as parole revocations in 1996.

The examiner is recommending a reparole after the service of 24 months which is 8 months above the top of the reparole guideline range. It is recommended that the subject be released through a CCC and he is subject to the special drug aftercare condition.

## VII.  RECOMMENDATION:

Continue to a presumptive parole after the service 24 months on 8/24/2001 with the highest level of supervision and with placement recommended in CCC for up to 120 days prior to the parole date.  In addition you shall be subject to the Special Drug Aftercare condition.

## VIII. REASONS:

You are a poorer risk than your SFS indicates in that you of had a history of substance abuse in the form of the use heroin and cocaine for over 30 years.  This drug abuse has led to numerous convictions in the community which has resulted in your commission of new criminal offenses both of a theft related and assaultive nature.  You have several prior failed periods under probation and parole.  Therefore, you are a poorer risk to commit new parole violations if released to the community under reparole supervision.


PAH
June 10, 2000