# ATTACHMENT W

U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

Notice of Action 

Name: MCKEE, David                                Institution: Central Facility

Register Number: 00165+759              DCDC No.: 165-759

In the case of the above-named, the following parole action was ordered:

Continue to a presumptive parole after the service of 24 months (August 24, 2001) with placement in a CCC for up to 120 days prior to the parole date, and with the highest level of supervision. In addition, you shall be subject to the Special Drug Aftercare Condition which requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency, which may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and/or all other intoxicants during and after the course of treatment.

A presumptive parole date is conditioned upon your maintaining good institutional conduct and the development of a suitable release plan. Prior to release, your case will be subject to review to ascertain that these conditions have been fulfilled. NOTE: Pursuant to 28 C.F.R. §2.14-03, the Commission has issued a presumptive parole date in your case. The Commission will conduct a pre-release record review up to 9 months prior to the presumptive parole date. In order to complete this review, the Case Manager should submit an updated Progress Report to the Commission 10 months prior to the presumptive parole date. If there have been Disciplinary Reports since the Commission's last review, they should be attached to the Progress Report for the Commission's consideration. If the Commission has requested that a current psychological or psychiatric report be prepared for this review, it also should be attached.

REASONS:

Your parole violation behavior is rated as Category One severity because it involved simple possession of heroin an administrative violations. Your salient factor score (SFS-98) is 2. You have been in confinement as a result of your behavior for a total of 9 months as of May 24, 2000. Guidelines established by the Commission for revocation behavior indicate a customary range of 12-16 months to be served for cases with a good institutional adjustment and program achievement. After review of all relevant factors and information presented, a decision outside the guidelines appears warranted because you are a poorer risk than indicated by your salient factor score in that you of had a history of substance abuse in the form of the use heroin and cocaine for over 30 years. This drug abuse has led to numerous convictions in the community which has resulted in your commission of new criminal offenses both of a theft related and assaultive nature. You have several prior failed periods under probation and parole. Therefore, you are a poorer risk to commit new parole violations if released to the community under reparole supervision.

THE ABOVE DECISION IS NOT APPEALABLE.

Date: July 13, 2000                                      Clerk: vah  ᴠᴏʜ

Page 1 of 3                    MCKEE.165    

Copies of this Notice are sent to your institution and to your Supervision Officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

See the attached sheet for your individual item points and explanation for the Salient Factor Score.

cc:   D.C. Court Services & Offender Supervision Agency
      300 Indiana Avenue, N.W.
      Suite 2134
      Washington, D.C.  20001

Date: July 13, 2000                                                    Clerk: vah

| Your Pts | Item Explanation |
|---|---|

**SALIENT FACTOR SCORE**

0 .... **A - Prior convictions/adjudications (adult or juvenile)**
None = 3; One = 2; Two or three = 1; Four or more = 0

0 .... **B - Prior commitments of more than thirty days (adult or juvenile)**
None = 2; One or two = 1; Three or more = 0

1 .... **C - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile)**

0 .... **D - Recent commitment free period (three years)**
No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0

0 .... **E - Probation/parole/confinement/escape status violator this time**
Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0

1 .... **F - Older offenders**
If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0

| Points For SFS Item C | | | |
|---|---|---|---|
| Age | Prior Commitments | | |
|  | 0-3 | 4 | 5+ |
| 26 & Up | 3 | 2 | 1 |
| 22-25 | 2 | 1 | 0 |
| 20-21 | 1 | 0 | 0 |
| 0-19 | 0 | 0 | 0 |

Date: July 13, 2000                                               Clerk: vah