# ATTACHMENT X

U.S. Department of Justice                          Notice of Action
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

---

Name: MCKEE, David                          Institution: Allenwood FCI

Register Number: 09484-007                  DCDC No.: 165-759

---

In the case of the above named the following parole action was ordered:

Reopen and retard parole effective date of August 24, 2001 and schedule for a rescission hearing on the next available docket.

The above decision is NOT APPEALABLE.

The purpose of a rescission hearing ordered by the U.S. Parole Commission is to decide whether a deferral of your parole date is warranted based on the charge(s) listed below. At your hearing, you may present documentary evidence (including written statements of witnesses) in mitigation of your misconduct.

REASONS:

Your release date is being retarded pursuant to 28 C.F.R. 2.86 because on January 2, 2001 you were found guilty by a Disciplinary Hearing Officer of Assaulting Any Person.

cc:   Williette Copeland
      Parole Supervision Services
      D.C. Court Services and Offender Supervision
      300 Indiana Avenue, N.W.
      Suite 2010
      Washington, D.C. 20001

---

Date: March 28, 2001                                                Clerk: VAH

BOP-Allenwood FCI              Page 1 of 1                          MCKEE.001

