# ATTACHMENT Y

U.S. Department of Justice                                  **Notice of Action**
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

| | |
|---|---|
| Name: MCKEE, David | Institution: Lewisburg USP |
| Register Number: 09484-007 | |
| DCDC No: 165-759 | Date: July 25, 2001 |

In the case of the above-named, the following parole action was ordered:

Rescind parole effective date of August 24, 2001. Continue to a presumptive parole (October 24, 2002). This requires the service of an additional 14 months.

This presumptive parole date is conditioned upon your maintaining good institutional conduct and the development of a suitable release plan. The Commission will conduct a pre-release record review up to 9 months prior to the presumptive parole date to ascertain that these conditions have been fulfilled. In order to complete this review, the Case Manager should submit an updated Progress Report to the Commission 10 months prior to the presumptive parole date. If there have been Disciplinary Reports since the Commission's last review, they should be attached to the Progress Report for the Commission's consideration. If the Commission has requested that a current psychological or psychiatric report be prepared for this review, it also should be attached.

In addition, you shall be subject to the Special Drug Aftercare Condition which requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency, which may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and/or all other intoxicants during and after the course of treatment.

**REASONS**:

You have committed 2 non-drug related infraction(s). Guidelines established by the Commission indicate a range of up to 2 months be added to your guideline range for each non-drug related infraction.

In addition, you committed new criminal conduct while in a prison facility of Category Two severity cause it involved you assaulted another inmate on 12-17-2000 with no injury which indicates 0-10 months to be added to your original parole effective date.

Your aggregate rescission guideline range is 0-14 months to be added to your original parole effective date of August 24, 2001. After consideration of all relevant factors and information presented, a departure from the guidelines at this consideration is not warranted.


THE ABOVE DECISION IS NOT APPEALABLE.


| | | |
|---|---|---|
| MCKEE 09484-007 | -1- | Clerk: MDD |
| Queued: 07-25-2001 15:40:59 BOP-Lewisburg USP | | |

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:   Williette Copeland
      D.C. Court Services & Offender Supervision Agency
      300 Indiana Avenue, N.W., Suite 2010
      Washington, D.C. 20001

