# ATTACHMENT Z

10/23/02 22:18:54        U.S PAROLE->             2026702569  Right FAX              Page 002

N4 F11

## U.S. Department  of Justice
### United  States  Parole  Commission

## CERTIFICATE  OF PAROLE
### District  of Columbia  Offender

Know  All Men  By These  Presents:

It having  been  made  to appear  to the  United  States  Parole  Commission  that  McKEE, David
Walter, REG  No. 09484-007, (DCDC  No. 165-759), is eligible  to be PAROLED, and that  there is a
reasonable  probability  that  the  prisoner  will live and remain  at liberty  without  violating  the law,
and that  his release  is not incompatible  with  the welfare  of society, it is ORDERED  by the said
United  States  Parole  Commission  that  said prisoner  be PAROLED  on October  24, 2002, and that
said prisoner  is to reside  within  the District  of Columbia  and to remain  within  the limits  of the
Washington, D.C. Metropolitan  Area  (including  the  District  of Columbia; Prince  Georges  and
Montgomery  Counties  of Maryland, Arlington  and Fairfax  Counties  of Virginia, including  the cities
of Alexandria, Fairfax, and  Falls Church, Virginia) until  and including  April  6, 2004.

Given  under  the hands  and the seal of the United  States  Parole  Commission  on October  23, 2002.

UNITED  STATES  PAROLE  COMMISSION

*Juanita E. Holmes*

By: Juanita  E. Holmes, Parole  Info. Specialist

Docket/Case  Number: F13538-89K
Initial  Risk Category: SFS-2

Acknowledgement  of Release  Conditions:
I have  read, or had  read  to me, the  conditions  of release  printed  on the attached  Conditions  of
Release  form and received  a copy thereof. I fully understand  them  and know  that  if I violate  any,
I may  be recommitted.
Consent  to the  Disclosure  of Drug/Alcohol  Treatment  Information:
By signing  this Parole  Certificate, I consent  to the unrestricted  communication  between  any
treatment  facility  administering  a drug  or alcoholic  treatment  program  in which  I am, or will be
participating, and the Parole  Supervision  Services  Division  of the District  of Columbia  Board  of
Parole.  I further  consent  to the disclosure  by such facility  to the  Parole  Supervision  Services
Division  of any information  requested, and the redisclosure  of such information  to any agencies  that
require  it for the performance  of their  official duties.  This consent  shall be irrevocable  until  the
termination  of parole  supervision.

_____  # 09484-007 — 165-759
Name                        DCDC No.

Witnessed: _____  Admn. ASA  10/24/02
           Name  and Title                    Date

The above-named  person  was released  on the 24 day of  OCt , 20 02 with a total  of
53d  days remaining  to be served.

_____
Official  Certifying  Release

This CERTIFICATE will become effective on the day of release indicated above. If the releasee fails to comply with any of the conditions listed on the attached page, the releasee may be summoned to a hearing or retaken on a warrant and reimprisoned pending a hearing to determine if the release should be revoked.

## CONDITIONS OF RELEASE

1. You shall go directly to the district named in the certificate (unless released to the custody of other authorities). Within three days after your release, you shall report to the supervision office named on the certificate. If in any emergency you are unable to get in touch with the supervision office, you shall communicate with the *United States Parole Commission, Chevy Chase, Maryland 20815-7286.*

2. If you are released to the custody of other authorities, and after release from the physical custody of such authorities, you are unable to report to the supervision office within three days, you shall report instead to the nearest U.S. Probation Officer.

3. You shall not leave the geographic limits fixed by the certificate of release without written permission from your Supervision Officer.

4. You shall make a complete and truthful written report (on a form provided for that purpose) to your Supervision Officer between the first and third day of each month, and on the final day of parole. You shall also report to your Supervision Officer at other times as your Supervision Officer directs, providing complete and truthful information.

5. You shall not violate any law. You shall not associate with persons engaged in criminal activity. You shall get in touch within 2 days with your Supervision Officer if you are arrested or questioned by a law-enforcement officer.

6. You shall not associate with persons who have a criminal record without the permission of your Supervision Officer.

7. You shall not enter into any agreement to act as an informer or special agent for any law-enforcement agency without permission from your Supervision Officer.

8. You shall work regularly unless excused by your Supervision Officer, and support your legal dependents, if any, to the best of your ability. You shall report within 2 days to your Supervision Officer any changes in employment. You shall notify your Supervision Officer within 2 days of any change in your place of residence.

9. You shall not drink alcoholic beverages to excess. You shall not purchase, possess, sell, manufacture, use, or distribute any controlled substance or drug paraphernalia unless such usage is pursuant to a lawful order of a practitioner and you promptly notify your Supervision Officer of same. You shall not frequent places where such drugs are illegally sold, dispensed, used or given away.

10. You shall not own, possess, use, sell, or have under your control any firearm, ammunition, or other dangerous weapons.

11. You shall permit visits by your Supervision Officer to your residence and to your place of business or occupation. You shall permit confiscation by your Supervision Officer of any materials which the officer believes may constitute contraband in your possession and which he observes in plain view of your residence, place of business or occupation, vehicle(s), or on your person. The Commission may also, when a reasonable basis for so doing is presented, modify the conditions of parole to require you to permit the Supervision Officer to conduct searches and seizures of concealed contraband on your person, and in any building, vehicle, or other area under your control, at such times as the Supervision Officer shall decide.

12. You shall make a diligent effort to satisfy any fine, restitution order, court costs or assessment, and/or court ordered child support or alimony payment that has been, or may be, imposed, and shall provide such financial information as may be requested, by your Supervision Officer,

relevant to the payment of the obligation. If unable to pay the obligation in one sum, you will cooperate with your Supervision Officer in establishing an installment payment schedule.

13. You shall be screened for the presence of controlled substances by appropriate tests as may be required by your Supervision Officer.

14. You shall cooperate fully with those responsible for your supervision. You shall carry out the instructions of your Supervision Officer and report as directed, knowing that failure to do so may be sufficient to cause your return to the institution.

15. You shall submit to the sanctions imposed by your Supervision Officer (within the limits established by the approved Schedule of Accountability Through Graduated Sanctions), if the Supervision Officer finds that you have tested positive for illegal drugs or that you have committed any non-criminal violation of the release conditions. Graduated sanctions may include community service, curfew with electronic monitoring, and/or a period of time in a community treatment center. Your failure to cooperate with a graduated sanction imposed by your Supervision Officer will subject you to the issuance of a summons or warrant by the Commission, and a revocation hearing at which you will be afforded the opportunity to contest the violation charge(s) upon which the sanction was based. If the Commission finds that you have violated parole as alleged, you will also be found to have violated this condition. In addition, the Commission may override the imposition of a graduated sanction at any time and issue a warrant or summons if it finds that you are a risk to the public safety or that you are not complying with this condition in good faith.

16. If you have been convicted of any sexual offense under District of Columbia or federal law (including the Uniform Code of Military Justice), you must report for registration with your state (including the District of Columbia) sex offender registration agency as directed by your Supervision Officer. You are required to report for registration in any state (including the District of Columbia) in which you live, work, attend school, or pursue any vocation. You must be registered in compliance with any law that applies to current or prior federal, state, or local convictions for sexual offenses, and in compliance with 42 U.S.C. § 4072(i) (which makes it a federal crime for any offender covered by 18 U.S.C. § 4042 not to register in accordance with state law). If there is any question as to whether or where you are required to register, you must seek and follow the guidance of your Supervision Officer.

17. You will provide a DNA sample if collection of such sample is authorized pursuant to § 3 of the DNA Analysis Backlog Elimination Act of 2000.

You shall also abide by the below listed special condition(s), as indicated:

You shall be subject to the Special Drug Aftercare Condition which requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency, which may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and/or all other intoxicants during and after the course of treatment.

The Parole Commission may add to, modify, or delete any condition of release at any time.

Information concerning a releasee under the supervision of the Parole Supervision Services Division may be disclosed to a person or persons who may be exposed to harm through contact with that particular releasee if such disclosure is deemed to be reasonably necessary to give notice that such danger exists. Information concerning a releasee may be released to a law enforcement agency as required for the protection of the public or the enforcement of the conditions of the release.