# ATTACHMENT AA

Case 1:05-cv-01951-ESH    Document 7-28    Filed 11/07/2005    Page 1 of 3

SJK



**Court Services and Offender Supervision Agency for the District of Columbia**

*Community Supervision Services*
*General Supervision Branch*

### REPORT OF ALLEGED VIOLATION(S)

11-3-03

**TO:**  'United States Parole Commission'
**FROM:**  Michelle Dunwoody
Community Supervision Officer



Telephone: 585-7767

NOV 13 2003
US PAROLE COMMISSION

**Client:** David McKee          **REG #:** 09484-007
**DCDC #:** 165-759              **PDID #:** 229-747

0 9484-007

**Action Recommended:**     Warrant

**Sentencing Information:**

David McGee is a DC Parole Violator in service of a 3 to 9 year sentence for the charge of Robbery in case F13538-89. He was discretionarily released to parole supervision on 10-24-02. He has a Special Condition of Drug Aftercare.

**Violations:**

**Allegation # 1- Illegally Used Narcotic Drugs**
Mr. McGee tested positive for opiates on the following dates: 2-7-03/ 2-11-03/ 2-21-03/ 2-25-03/ 3-4-03 3-7-03/ 3-14-03/ 3-21-03/ 3-25-03/ 4-18-03/ 4-22-03/ 4-25-03/ 5-2-03/ 6-26-03 and 7-22-03. This is evidenced by the PRISM Drug Status Report.

**Allegation # 2-Failure to Report as Directed/ Loss of Contact/ Absconded Supervision**
Please note that the offender David McKee has absconded from parole supervision. Mr. McKee last reported for parole supervision on July 15, 2003. He was instructed to report back on July 29,2003 @ 7am however, he failed to report. Please see case summary regarding the actions taken by this writer. Attached as evidence is the SMART Field Supervision Running Record of attempts made to locate the offender.

**Case Summary:**

Mr. David McKee was released to parole supervision on 10-24-02 by way of Hope Village Halfway House. This case was previously supervised by CSO Renard Brown and was subsequently transferred to this writer in January 2003.

Mr. McKee's residence of record is 727 Princeton Place NW/ Washington, DC 20010. His contact number is (202) 723-4223. He was residing at the home with his father. Mr. McKee was employed temporarily with Food Team Inc. His position was a kitchen helper.

*1230 Taylor Street NW/ Washington, DC 20011*
*Voice: (202) 585-7767  Fax: (202) 585-7774*

AA

11/01/05  16:41 FAX 301 492 5563      US PAROLE COMMISSION                                    ☑046
Case 1:05-cv-01951-ESH    Document 7-28    Filed 11/07/2005    Page 3 of 3

Court Services and Offender Supervision Agency                                              Page 2

To address Mr. McKee's drug use he was referred to CIT Drug Treatment Unit and assessed on March 10, 2003. The recommendation of the treatment team was for the offender to receive detox followed by a 28-day residential program. He was also to complete 54 sessions of outpatient treatment. Mr. McKee was awaiting placement however, he is now a loss of contact and his whereabouts are unknown.

To also address Mr.Kee's positive drug results, a "Report of Drug Use" was sent to the US Parole Commission on 2-27-03 and an Official Letter of Reprimand was received on 3-5-03 and given to the offender. He was also sanctioned to attend CSOSA's CIT Sanction Groups and his supervision level was increased to intensive.

On 9-4-03, a bench warrant letter was mailed to the offender's residence of record instructing him to report on 9-16-03 @ 8am. He failed to report. On 9-8-03, a telephone call was placed to the offender's home and this writer spoke with the offender's father who indicated that he has not seen Mr. McKee in approximately 3 weeks and says that he may be associating with his former friends who were up to no good.

A home visit was conducted on 9-25-03 to the offender's residence. He was not available and therefore a letter was left in the door instructing the offender to report on 10-7-03 @ 8am. He failed to report. On 11-5-03 a home visit was conducted with members of the Metropolitan Police Department (Accountability Tour) to make one last attempt to locate the offender. No one was available at the residence.

Mr. David McKee has been extended every courtesy to assist him with his adjustment in the community however; he has not taken advantage of the opportunity. He is now a Loss of Contact and continued attempts at supervision would be a risk to public safety. A WALES/ NCIC research revealed that the offender has no outstanding warrants.

**Recommendation:**

Due to the offender's Loss of Contact status, it is respectfully requested that a warrant be issued.


Respectfully Submitted,

Signature: *Michelle C. Dunwoody*                                  11-10-03
            Michelle C. Dunwoody                                    Date

Approved By:

Signature: *LaJuan Woodland*                                       11/10/03
            LaJuan Woodland                                         Date

cc: