# ATTACHMENT CC

**Date:**    August 10, 2005

# FYI    FYI    FYI    FYI    FYI

**TO:**    UNITED STATES PAROLE COMMISSION
Chevy Chase, Maryland 20815

**FROM:**    UNITED STATES MARSHALS SERVICE
Washington, D.C. 20001

**RE:**    **Warrant Executed**

**Subject: DAVID MCKEE**
**Registration NO:** 09484-007
**DCDC:** 165-759
**PDID:** 229-747

The above reference subject was processed on AUGUST 9, 2005, by the USMS District of COLUMBIA, as a Parole Violator. He was committed to the D.C. Department of Corrections and is in D.C. Jail awaiting further action by the United States Parole Commission.

**RB**

**WARRANT For Return Of Prisoner Released To Supervision**

Name: Mckee, David
Reg. No. 09484-007

Institution: Lewisburg USP
DCDC No. 165-759

**UNITED STATES MARSHAL'S RETURN TO UNITED STATES PAROLE COMMISSION**

NOTE: Do not execute this warrant if the subject is being held in custody on other federal, state or local charges, unless otherwise ordered by the Commission. (See instructions on accompanying memorandum.)

EASTERN District of VIRGINIA ss:

Received this writ the 18 day of JULY, 20 05, and executed same by arresting the within-named DAVID MCKEE # 09484 007 this 18 day of JULY, 20 05. at GREENVILLE CORR. CENTER and commiting him to NORTHERN NECK REGIONAL JAIL, WARSAW VA.

JOHN CLARK
*U.S. Marshal*

LARRY REYNOLDS
*Deputy Marshal*

Further executed same by commiting him to DC JAIL at 2pm on Aug 9, 20 05, the institution designated by the Attorney General, with the copy of the warrant and warrant application.

George Walsh
*U.S. Marshal*

William Martin
*Deputy Marshal*

NOTE: The original of this warrant is to be returned to the U.S. Parole Commission, 5550 Friendship Boulevard, Chevy Chase, Maryland 20815.

**ACKNOWLEDGEMENT OF SERVICE:**

I have received a copy of the warrant application dated December 11, 2003

[signature]
*Prisoner's Signature*

July 18, 2005
*Date*

*(If prisoner refuses to sign, Marshal should so indicate.)*

Mckee, David
Reg. No. 09484-007 DCDC No. 165-759