# ATTACHMENT DD




## D.C. Local Revocation Prehearing Assessment

Name...    MCKEE, DAVID
Reg Number.   09484-007
Birth Date...    06/24/1951

DCDC Number: 165-759

**Prehearing Parameters**
   Date...   08/30/2005
   Examiner...   Otis Thomas
   Location...   CTF (or DC Jail)

**Warrant Parameters**
   Supervision Type...   Parole
   Supervision District...   General Supervision Unit VI-Team 1 1230 Taylor Street
   Warrant/Summons...   Warrant
   Warrant Executed...   07/18/2005
   Probable Cause Found...   08/12/2005
   Revocation Hearing Deadline...   10/10/2005

**Sentence Parameters**
   Adult / Youth...
   Jail Credit (days)...   0
   In-Operative Time (days)...   0
   MR Date (2/3)...   10/08/2006
   Full Term Date...   01/20/2007
   Months in Custody...   2      as of 09/15/2005
   Months at Projected MR....   15
   Detainer...   None

**Additional Text regarding the above parameters:**
None.

**Previous Commission Action:**
Convicted by plea to Robbery he received a 3-9y term 10/2/91 with a PED 1/6/94 and FTD 9/28/00.

On 11/11/89 he robbed a person at gunpoint as she was counting receipts. He was identified a week later.

He was granted parole to a Maryland detainer 2/7/95 and apparently released to the community 3/12/96. Warrant issued 7/16/96 and revoked by NBO dated 10/22/96.

New conviction for theft and he served 83 days in Va.

Reparoled 6/2/97 and warrant issued 6/27/97. Revoked by NBO dated 2/56/98 and no finding on new theft case but FTR Arrest sustained. Cases continued for Diagnostic Evaluation.

MCKEE, DAVID 09484-007                                                      Page 1 of 4   DD

Reparoled 4/29/98. Warrant issued 7/9/99 and executed 8/24/99 with a hearing held 11/3/99. NBO dated 11/15/99: Revoke for criminal and noncriminal. Consider for reparole by 5/24/00. Special Instructions were NA and Program Participation.

The U.S. Parole Commission conducted a rehearing on 6/2/2000. The NOA dated 7/13/2001, ordered: Continue to a presumptive parole after the service of 24 months (8/24/2001)).

The NOA dated 3/28/01, ordered: Reopen and retard parole effective date of 8/24/01, and schedule for a rescission hearing.

The NOA dated 7/25/01, ordered: Continue to a presumptive parole on 10/24/02. This requires the service of an additional 14 months. The subject was paroled on 10/24/02.

**Violations of Conditions of Release:**

**Charge Number: 1**
Offense:................................ **Failure to Submit to Drug Testing**
Violation Behavior:................ On the following dates, the subject failed to submit a urine specimen as instructed and as required by the conditions his release: 12/9, 12/16/02, 1/6, 1/7, 1/28, 2/28, 3/18, 3/28, 4/15, 5/9, 5/29, 6/12, 6/24, 7/3, 7/15, 7/22/03. This charge is based on the information contained in the violation report dated 11/3/03 from Community Supervision Officer Michelle Dunwoody.

**Charge Number: 2**
Offense:................................ **Use of Dangerous and Habit Forming Drugs**
Violation Behavior:................ On the following dates, the subject submitted urine specimens, which tested positive for the drugs specified:
Opiates on 1/10, 1/21, 1/24, 2/7, 2/11, 2/21, 2/25, 3/4, 3/7, 3/14, 3/21, 3/25, 4/18, 4/22, 4/25, 5/2, 6/26, 7/17/03
This charge is based on the information contained in the violation report dated 11/3/03 from Community Supervision Officer Michelle Dunwoody and the corresponding laboratory report dated 11/10/03

**Charge Number: 3**
Offense:................................ **Failure to Report to Community Supervision Officer as Directed**
Violation Behavior:................ On the following dates, 7/29/03, 10/7/03 the subject failed to report to his Community Supervision Officer as directed. The subject last reported for parole supervision on 7/15/03. After attempts at home visits and accountability tours CSO Michelle Dunwoody indicates that the subject has absconded from parole and is a loss of contact. This charge is based on the information contained in the violation report dated 11/3/03 from Community Supervision Officer Michelle Dunwoody.

**Severity:** Category One

**Severity Justification:** Your violation behavior has been rated Category One severity because it involved Administrative offenses.

**SALIENT FACTOR SCORE  (SFS-98)**


SFS Item A = 0    Subject has 15 prior convictions/adjudication.

| Date | Offense | Disposition |
|---|---|---|
| 11/24/1969 | Petit Larceny | 90-days suspended sentence, 1-year probation. (1-0) |
| 01/19/1971 | Larceny | 7/22/71 - 270-days, 90-days concurrent. (2-1) |
| 09/12/1973 | Petit Larceny | 1-year suspended, 1-year probation. Revoked 11/30/73. (3-2) |
| 06/04/1974 | Petit Larceny | 1-6 months suspended all but 60-days. (4-3) |
| 10/17/1974 | Petit Larceny | Convicted. (5-3) |
| 10/23/1974 | UUA | 1-3 years probation. Probation revoked on 12/13/76. (6-3) |
| 11/14/1974 | Larceny | Convicted. (8-4) |
| 12/03/1974 | Grand Larceny | 1-6 months all but 60-days suspended. (7-4) |
| 06/14/1980 | Petit Larceny | 10/24/80 - 120-days. (9-5) |
| 10/24/1980 | Bail Reform Act | 5/21/81 - 1-3 years. (10-6) |
| 09/09/1983 | Theft Over $300.00 | 12/6/1984 - 18-months. (11-7) |
| 11/29/1983 | Taking Property Without Right | 1/9/84 - work release. (12-8) |
| 12/16/1983 | Theft | 10-years. 7-years suspended consecutive to all other sentence, 3-years probation. (13-9) |
| 04/06/1988 | Theft II | 7/26/88 - 150-days. (14-10) |
| 11/07/1989 | Grand Larceny | 20-years, 10-years suspended, 5-years supervised probation. (15-11) |
| 11/11/1989 | Robbery | 10/2/91 - 9-years. (16-12). Paroled on 4/7/97. Parole revoked on 2/13/98, and reparoled on 4/12/98. (16-13). Parole revoked on 11/23/99, and reparole on 10/24/02. (16-14). |

SFS Item B = 0    Subject has 14 commitments of more than 30 days that were imposed prior to the last overt act of the current offense.

SFS Item C = 1    Subject was 51 years old at the commencement of the current offense and had 14 prior commitments.

SFS Item D = 0    12/09/2002 - Date of Current Offense.
10/24/2002 - Release to the Community from last commitment

SFS Item E = 0    Subject is a parole status violator.

SFS Item F = 1    Sum of Items A-E = 1 and the offender was 51 years old at the commencement of the current offense.

**Salient Factor Score = 2**

---

**Negative Behavior after Warrant Execution:**
The prisoner had no Disciplinary Behavior after the Warrant Execution.

**Re-parole Guidelines (range in months): 12 - 16**

**Rescission Guidelines (range in months): 0 - 0**

**Aggregate Guidelines (range in months): 12 - 16**

**Text to Describe Any Other Behavior or Remaining Issues:**
None

**Evaluation:**
The subject's parole violation is rated as Category One severity, because it involved administrative violations. His reparole guidelines are 12-16 months. The subject has a lengthy criminal record, and a history of drug use.

MCKEE, DAVID 09484-007                                                                                                              Page 4 of 4