# ATTACHMENT EE

# HEARING SUMMARY

**Name: Mckee, David**                                    **Reg No: 09484-007**

## Hearing Parameters

| | |
|---|---|
| Hearing Type............................: | **Revocation (Local)** |
| Hearing Date .............................: | 9/12/05 |
| Examiner....................................: | Jeffrey S. Kostbar |
| Institution..................................: | D.C. Correctional Treatment Facility |
| Second Designation ...................: | |

## Sentence Parameters

| | |
|---|---|
| Sentence Type............................: | **DC Parole Eligible** |
| MR/Statutory Release Date.........: | 10/8/06 |
| Full Term Date...........................: | 1/20/07 |
| Months in Custody.....................: | 5 as of 9/18/05 |
| Detainer......................................: | None |

## Warrant Parameters

| | |
|---|---|
| Supervision ................................: | **Parole** |
| Revoking District & Office..........: | DC |
| Warrant Execution Date..............: | 7/18/05 |
| Probable Cause Date ..................: | 8/12/05 |

**Additional text regarding the above parameters:** None

---

**Prior Action:** The subject has procedural objections. First, he states that even though his Warrant was executed on July 18, 2005, his Probable Cause Hearing was not held until August 12, 2005 and, therefore, he believes the Parole Commission has no jurisdiction to proceed. This Examiner has overruled the subject's objection. This Examiner would note that he was arrested by the United States Marshals in Virginia and this caused the delay for his transfer and ultimate Probable Cause Hearing in DC. Paperwork took time to catch up as well. This Examiner finds no prejudice cause of the subject.

The subject also objects to his hearing because he states that his sentence is over. He maintains his street time has been taken from him in the past when it should not have been and that sentences have been misaggregated together. This Examiner overruled the subject's objection. This Examiner points out that street time is always forfeited on all DC cases and that any Sentence Computation errors must be addressed by the Bureau of Prisons that are not subject to review at this hearing.

Please see Pre-Review for chronology of events in this case. Subject was last paroled on October 24, 2002.

Mckee, David, Reg. No. 09484-007                                    Page 1 of 3

EE

**Counsel:** Olinda Moyd.

**Witnesses:** None

**Procedural Considerations:** Noted above.

**Charges:**

**Charge No. 1 - Failure to Submit to Drug Testing**
  **Evidence Presented:** The subject denied the above charge with no comment.
  **Findings of Fact:** This Examiner finds that the subject violated the conditions of release as indicated in the above charge.
  **Basis:** Community Supervision Officer's (hereinafter referred to as CSO) report of November 3, 2003.

**Charge No. 2 - Use of Dangerous and Habit Forming Drugs**
  **Evidence Presented:** The subject denied the above charge with no comment.
  **Findings of Fact:** This Examiner finds that the subject violated the conditions of release as indicated in the above charge.
  **Basis:** CSO report of November 10, 2003 and drug testing.

**Charge No. 3 - Failure to Report to Community Supervision Officer as Directed**
  **Evidence Presented:** The subject denied the above charge.
  **Findings of Fact:** This Examiner finds that the subject violated the conditions of release as indicated in the above charge.
  **Basis:** CSO report of November 3, 2003.

**Discipline:** None

**Release Plans:** He plans to return to DC and live with his father.

<u>Guideline Parameters</u>

**Severity Justification:**   Category 1 because it involved administrative violations.
**Salient Factor Score:**    2

**Re-parole Guideline Range:.** 12-16 months

**Evaluation:** The subject will serve 15 months on this violator term and this Examiner believes that that is the appropriate sanction in this case.

By the end of today's hearing, the subject gave a long and disjointed statement wherein he indicates that he was the subject of experimentation by the Bureau of Prisons, wherein they put chemicals in his food, which caused him to hear voices. He indicates that he still hears voices.

**Recommendation:** Revoke parole. None of the time spent on parole shall be credited.    Continue to Expiration.

**Conditions:** Mental Health and Drug Aftercare.

**Statutory Interim Hearing:**

**Guideline Use:** A departure from the guidelines at this consideration is not warranted.

**Additional Text:** None

[Signature]

**Executive Reviewer's Comments:**

JSK/SDS
September 16, 2005