# ATTACHMENT FF

| | |
|---|---|
| U.S. Department of Justice<br>United States Parole Commission<br>5550 Friendship Boulevard<br>Chevy Chase, Maryland 20815-7201 | Notice of Action |

| | |
|---|---|
| Name: MCKEE, David<br>Register Number: 09484-007<br>DCDC No: 165-759 | Institution: D.C. CTF<br><br>Date: October 4, 2005 |

As a result of the hearing conducted on September 12, 2005, the following action was ordered:

### DC Local Revocation:

Revoke parole. None of the time spent on parole shall be credited. Continue to expiration.

You shall be subject to the Special Drug Aftercare Condition that requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

In addition, you shall be subject to the Special Mental Health Aftercare Condition that requires that you participate in an in-patient or an out-patient mental health program as directed by your Supervision Officer.

### FINDINGS OF FACT:

The Commission finds as a fact that you violated conditions of release as charged as indicated below:

Charge No. 1 - Failure to Submit to Drug Testing

Charge No. 2 - Use of Dangerous and Habit Forming Drugs

Charge No. 3 - Failure to Report to Supervising Officer as Directed

Basis for the above stated finding(s): Community Supervision Officer's report of November 3, 2003.

### REASONS:

Your parole violation behavior has been rated as administrative violation(s) of Category One severity. Your salient factor score is 2. See the attached sheet for an explanation of your individual Salient Factor Score items. The table at the bottom presents the points for Salient Factor Score Item C. As of September 18, 2005, you have been in confinement as a result of your violation behavior for a total of 2 month(s). Guidelines established by the Commission indicate a customary range of 12-16 months to be served before release. After review of all relevant factors and information, a departure from the guidelines at this consideration is not warranted.

Mckee 09484-007                                -1-                              Clerk: ADC
Queued: 10-04-2005 11:07:21 BOP-D.C. Correctional Treatment Facility | BOP-D.C. Federal Billing Unit | USPO-General Supervision Unit I-Team 30, 1230 Taylor Street | USM-District of Columbia - District Court, D.C. District Court | FPD-District of Columbia, District of Columbia - DC |

FF

THE ABOVE DECISION IS APPEALABLE.

You may obtain appeal forms from your caseworker or supervising officer and they must be filed with the Commission within thirty days of the date this Notice was sent.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:  D.C. Federal Billing Unit
     D.C. Department of Corrections
     Washington, D.C. 20003

     U.S. Marshals Service
     District of Columbia - District Court
     333 Constitution Ave, N.W., Room 1400
     Washington, D.C. 20001
     Warrants - Attn: Sean McLeod

     U.S. Probation Office
     General Supervision Unit I-Team 30
     CSOSA
     1230 Taylor Street, N.W.
     Washington, D.C. 20011

     O. Moyd
     Public Defender Service
     District of Columbia
     Special Proceedings Division
     633 Indiana Avenue, N.W.
     Washington, D.C. 20004

     CSS Data Management Group
     D.C. Court Services & Offender Supervision Agency
     300 Indiana Avenue, N.W., Suite 2070
     Washington, D.C. 20001

### SALIENT FACTOR SCORE (SFS-98)

**Your Pts**  **Salient Factor Score (SFS-98) Item Explanations**

0    A - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0

0    B - Prior commitments of more than thirty days (adult or juvenile) None = 2; One or two = 1; Three or more = 0

1    C - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation)

0    D - Recent commitment free period (three years)
     No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0

0    E - Probation/parole/confinement/escape status violator this time
     Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0

1    F - Older offenders
     If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0

2    Salient Factor Score (SFS-98) (sum of points for A-F above)



| Points For SFS Item C |   |   |   |
|---|---|---|---|
| Age | Prior Commitments |   |   |
|  | 0-1 | 2 | 3+ |
| 26 & Up | 3 | 2 | 1 |
| 22-25 | 2 | 1 | 0 |
| 20-21 | 1 | 0 | 0 |
| 0-19 | 0 | 0 | 0 |