# ATTACHMENT GG

```
H    PAR4J  540*23 *           SENTENCE MONITORING        *      10-21-2005
PAGE 001          *           COMPUTATION DATA            *      11:20:53
                              AS OF 10-24-2002
```

REGNO..: 09484-007 NAME: MCKEE, DAVID W

```
FBI NO...........: 215973H              DATE OF BIRTH:
ARS1.............: 3-W/A-ADMIT
UNIT.............:                      QUARTERS.....:
DETAINERS........: NO                   NOTIFICATIONS: NO
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  10-24-2002 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

```
COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F13538-89(K)
JUDGE...........................: BEAUDIN
DATE SENTENCED/PROBATION IMPOSED: 10-02-1991
DATE WARRANT ISSUED.............: 07-09-1999
DATE WARRANT EXECUTED...........: 08-24-1999
DATE COMMITTED..................: 08-24-1999
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

------------------------PRIOR OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  644
OFF/CHG: ROBBERY (DC PAROLE VIOLATOR)

```
  SENTENCE PROCEDURE.............: DC GTCA ADULT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    9 YEARS
  NEW SENTENCE IMPOSED...........:  1688 DAYS
  BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
  DATE OF OFFENSE................: 11-11-1989
```

G0002       MORE PAGES TO FOLLOW . . .

GG

Case 1:05-cv-01951-ESH    Document 7-34    Filed 11/07/2005    Page 3 of 3

```
5H    PAR4J  540*23 *              SENTENCE MONITORING        *    10-21-2005
PAGE 002 OF 002 *                  COMPUTATION DATA       *      11:20:53
                                   AS OF 10-24-2002
```

REGNO..: 09484-007 NAME: MCKEE, DAVID W


------------------------PRIOR COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-24-2002 AT CDC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010

```
DATE COMPUTATION BEGAN.........: 08-24-1999
TOTAL TERM IN EFFECT...........: 1688 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    4 YEARS      7 MONTHS      14 DAYS
EARLIEST DATE OF OFFENSE.......: 11-11-1989

TOTAL JAIL CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME.........: 0
STATUTORY GOOD TIME RATE.......: 7
TOTAL SGT POSSIBLE.............: 388
PAROLE ELIGIBILITY.............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE.........: 03-15-2003
TWO THIRDS DATE................: N/A
180 DAY DATE...................: N/A
EXPIRATION FULL TERM DATE......: 04-06-2004

PAROLE EFFECTIVE...............: 10-24-2002
PAROLE EFF VERIFICATION DATE...: 10-24-2002
NEXT PAROLE HEARING DATE.......: UNKNOWN
TYPE OF HEARING................: UNKNOWN

ACTUAL SATISFACTION DATE.......: 10-24-2002
ACTUAL SATISFACTION METHOD.....: PAROLE
ACTUAL SATISFACTION FACILITY...: CDC
ACTUAL SATISFACTION KEYED BY...: JAF

DAYS REMAINING.................: 530
FINAL PUBLIC LAW DAYS..........: 0
```

REMARKS......: DAYS REMAINING CORRECTED FROM ALL PREVIOUS FACE SHEETS.
              STREET CREDIT PREVIOUSLY APPLIED HAS BEEN REMOVED.




S0039      ALL CURRENT COMPS ARE SATISFIED