UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID MCKEE,              )
                          )
        Petitioner,       )   Civil Action No. 05-1951(ESH)
                          )
   v.                     )
                          )
UNITED STATES PAROLE COMMISSION, et al.,)
                          )
        Respondents.      )
_____)

## DECLARATION OF CHERYL WARNER

I, Cheryl Warner, do hereby swear or affirm under penalty of perjury that the foregoing is true and correct:

1. I am competent and have personal knowledge of the facts contained below.

2. I am a citizen of the United States of America, over the age of 18.

3. I am currently employed by the District of Columbia Department of Corrections as the Administrator for the Records Department. I have reviewed the Jail and Community Corrections System (JACCS) to determine David McKee's status. Mr. McKee is being held pursuant to a federal parole violator warrant. The decision whether to release Mr. McKee or revoke his parole rests with the U.S. Parole Commission. The Department of Corrections is holding Mr. McKee until the U.S. Parole Commission makes and/or executes its decision.

4. According to JACCS, following a hearing before the U.S. Parole Commission on or about September 2, 2005, Mr. McKee's parole was revoked and he will be transferred to the custody of the Federal Correctional Institution Gilmer, P.O. Box 5000, Glenville, WV 26351.

11/7/2005                              _____
Date                                   CHERYL WARNER