UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MCKEE, | ) |
| Petitioner, | ) Civil Action No. 05-1951(ESH) |
| v. | ) |
| UNITED STATES PAROLE COMMISSION, et al., | ) |
| Respondents. | ) |

**ORDER**

Upon consideration of the petitioner's petition for writ of habeas corpus, the respondent's Response to this Court's Order to Show Cause, and the entire record herein, it is by the Court this _____ day of _____, 2005,

ORDERED: that the Order to Show Cause is vacated as to the District of Columbia and the District of Columbia is hereby dismissed from this action for the reasons stated in its response.

_____
JUDGE