UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETITIONER               05-CV-1951
  DAVID MCKEE            " ESH "

  VS
RESPONDENT'S
  FEDERAL BUREAU OF PRISONS et. al.
  UNITED STATES PAROLE COMMISSION et. al.
  DISTRICT OF COLUMBIA et. al.

FILED

" TRANSVERSE MOTION "

NOV 0 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOUR HONOR

    PETITIONER DAVID MCKEE pro-se
Should NOT HAVE been deprived of
his liberty interest Good Time Credits
WITHOUT A hearing.
    GOVERNED by THE procedures man-
dated 94 S.CT 2963 WOLFF-V- MCDONNELL
(1974). PETITIONER HAS TO HAVE A hear-
ing TO TAKE AWAY Good-Time Credits.
94 S.CT. AT 2978-82

DUE PROCESS ARISE'S FROM TWO (2) SOURCES: DUE PROCESS CLAUSE ITSELF AN laws OF THE STATES 96 S.Ct. 2532-2537-40

'Judicial-OVERSIGHT CONFINEMENT 103 S.Ct. 871 TO WHICH THE PRISONER IS SUBJECTED NOT WITHIN THE SENTENCE IMPOSED; VIOLATED Federal CONSTITUTION 96 S.Ct. 2543, 2547 (1976). 100 S.Ct. 1254, 1263:

PETITIONER HAS A RIGHT TO Good-Time Credits 94 S.Ct. AT 2974: 99 S.Ct. 2100

Respectfully, submitted
by D—d McLin Pro-se

NOV 7, 2005