UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MCKEE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-1951 (ESH) |
| | ) |
| U.S. PAROLE COMMISSION, *et al.*, | ) |
| | ) |
| Respondents. | ) |

### ORDER

In accordance with the Memorandum Opinion issued this 28th day of November, 2005, it is hereby

**ORDERED** that the petition for writ of habeas corpus is **DENIED**. It is

**FURTHER ORDERED** that the case is **DISMISSED**.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

                                                                   s/
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge