<u>UNITED STATES DISTRICT COURT</u>
<u>FOR THE DISTRICT OF COLUMBIA</u>

<u>PETITIONER</u>                    <u>05-CV-01951 ESH</u>
<u>DAVID MCKEE</u>

-VS-

<u>RESPONDENT'S</u>
<u>U.S. PAROLE COMMISSION</u>

RECEIVED DEC 19 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

<u>NOTICE OF APPEAL</u>

YOUR HONOR:

   PETITIONER DAVID MCKEE WOULD LIKE TO FILE THIS NOTICE OF APPEAL IN THIS CAPTION CASE

   BECAUSE HIS RIGHTS UNDER THE FEDERAL CONSTITUTION HAS BEEN VIOLATED

   WHEN DOES A PUBLIC LAW (REVITLIZATION ACT OF 199) TAKES PRESIDENCE OVER AN ACT OF CONGRESS ???

   RESPECTFULLY, SUBMITTED
   BY David McKee PRO-SE

DATE 12/14/05