UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID McKEE, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 05-1951 (ESH) ) |
| U.S. PAROLE COMMISSION, *et al.*, | ) ) |
| Defendants. | ) ) |

## ORDER

This matter comes before the Court on petitioner's motion to alter judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. Petitioner is challenging the Court's Order denying his petition for writ of habeas corpus.

Petitioner's motion raises claims regarding statutory good time credits and the USPC's forfeiture of his "street time" upon the revocation of his parole. The Court addressed these issues in its previous order. Petitioner has offered no basis for the Court to alter its decision. Accordingly, it is

**ORDERED** that petitioner's motion is **DENIED**.

                                                   s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Date: December 30, 2005