NAME: DAVID MCKEE
REG# 09484-007
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

OKLAHOMA CITY OK 731
29 DEC 2005 PM 4 L
RECEIVED

JAN 03 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk's Office: United States
District Court for the District
of Columbia: 333 Constitution Ave
N.W. Washington D.C 20001

05-1951

20001+2802  C002