United States District Court
For The District of Columbia

Petitioner
David McLeod

05-CV-1951 ESH

- vs -

Respondents

United States Parole Commission et. al.
Federal Bureau of Prisons et. al.
District of Columbia et. al.

Notice of Appeal
Federal Rule Civil Procedure
Rule 4(A) / 73(d)

Your Honor:

Petitioner Respectfully Request to Appeal this caption case: violation of Petitioner's rights under the Federal Constitution: 395 F.2d 630, 631; 208 F.2d at 846-7; 334 F.2d 441-2; 423 F.2d at 531; 206 F. Supp at 856-7;

RECEIVED
JAN 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Federal Rules Governing Habeas Corpus Rule 5 Answer and Reply 180 F.2d 342 N.5 and Rule 6 discovery 394 U.S. AT 301 N.7; Evidentiary Hearing 372 U.S. AT 309 and that counsel be appointed pursuant to 18 U.S.C § 3006 A(g).

Respectfully, Submitted
by David McLu pro-se

12/27/05