UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID McKEE, | ) |
|       Petitioner, | ) |
| v. | ) Civil Action No. 05-1951 (ESH) |
| U.S. PAROLE COMMISSION, *et al.*, | ) |
|       Respondents. | ) |

**ORDER**

This matter is before the Court on Order from the United States Court of Appeals for the District of Columbia Circuit, directing this Court to determine whether a certificate of appealability is warranted. For the reasons stated in the Memorandum Opinion supporting the judgment from which petitioner appeals, the Court finds that petitioner has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Accordingly, it is this 30th day of January 2006,

**ORDERED** that a certificate of appealability is **DENIED**.

                                                                            s/
                                            ELLEN SEGAL HUVELLE
                                            United States District Judge