"UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA"

"05-5481"

DAVID MCKOE                    "05-CV-01951" ESH
   Appellant
-vs-
UNITED STATES PAROLE COMMISSION et. al.
FEDERAL BUREAU OF PRISONS et. al.
DISTRICT OF COLUMBIA et. al.
   Appellee's

"Federal Rule Appellate Procedure
22(B)2: Certificate of Appealability"

YOUR HONOR:

Petitioner David McKoe 09484-007

Pro-Se: Seeks a Certificate of Appeal-

ability: To Appeal United States Dis-

trict Courts Order December 30, 2005

denial of Petitioner's Habeas Corpus

motion to Vacate His Sentence for

(1.)

constitutional misconduct and due process violations in this caption case:

The court of appeals held that jurists of reason would find it debatable whether the district court was correct in finding appeal provision of due process "statutory good-time" "credits" "94 S.Ct 2963" "793 F.2d 367" and the "ex post-facto" clause "101 S.Ct. 960" of the federal constitution "614 F. Supp 1433" precludes review of "motion to vacate"

The United States court of appeals for the district of Columbia may issue an order of appealability only if

(2)

THE APPLICANT HAS MADE A SUBSTANTIAL SHOWING OF THE DENIAL OF A CONSTITUTIONAL RIGHT 28 U.S.C. § 2253(C) 2: "EX POST FACTO CLAUSE" VIOLATION "391 F.3d 251:" WHERE THE DISTRICT COURT REJECTS CONSTITUTIONAL CLAIMS ON PROCEDURAL GROUNDS, THE PRISONER MUST SHOW THAT JURISTS OF REASON WOULD FIND IT DEBATABLE WHEATHER THE PETITION STATES A VALID CLAIM OF THE DENIAL OF A CONSTITUTIONAL RIGHT AND THAT JURISTS OF REASON WOULD FIND "120 S.Ct. 2348" IT DEBATABLE WHEATHER THE DISTRICT COURT WAS CORRECT IN IT'S PROCEDURAL

(3)

RULING (ADDITIONAL ISSUES) IN THIS CAPTION CASE:

"FEDERAL RULE APPELLATE PROCEDURE" 27(2)(B): PETITIONER RESPECTFULLY REQUEST RELEASE FORTHWITH:

"PRO-HAC-VICE"

Respectfully submitted
by D—d McL'in pro-se

DATE 2/8/06

(4)