UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID MCKEE,** | ) |
|         **Petitioner,** | ) |
| v. | ) Civil Action No. 05-1951 (ESH) |
| **UNITED STATES PAROLE COMMISSION**, *et al.*, | ) |
|         **Respondents.** | ) |

## ORDER

This matter is before the Court on Order from the United States Court of Appeals for the District of Columbia Circuit, directing this Court to determine whether a certificate of appealability is warrant. For the reasons stated in the memorandum opinion supporting the judgment from which petitioner appeals, the Court finds that petitioner has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Accordingly, it is this 21st day of February 2006,

**ORDERED** that a certificate of appealability is **DENIED**.

                                                              s/
                                          ELLEN SEGAL HUVELLE
                                          United States District Judge